OFFICIAL UNITED STATES FOOD AND DRUG ADMINISTRATION (US FDA) DOCUMENTS;
DO NOT DISCLOSE WITHOUT WRITTEN PERMISSION OF US FDA OR INFORMATION OWNER


7 October 2022

Mr. Ronald Pace
District Director
New York District Office
U.S. Food and Drug Administration
FDA 158-15 Liberty Avenue
Jamaica, New York 11433

Re: The City College of New York
Initial Response to the 16 September 2022 Inspectional Observations (FDA-483) for Study PTI-125-02

Dear Mr. Pace,

As the Principal Investigator of the PTI-125-02 bioanalytical study that is the subject of the U.S. Food and Drug Administration's (FDA) above-referenced Form FDA 483 Inspectional Observations report, I am writing to provide an initial written response to these observations within the prescribed 15 business day window. I plan to submit an updated report within 15 business days from receipt of FDA's Final Inspection Report, followed by quarterly updates, until all corrective actions have been implemented.

I recognize and take seriously the significance of the observations in the FDA-483. As is described in the detailed response below, in addition to correcting the specific items listed in the FDA-483, we[1] have taken and will continue to take expeditious actions to address corrective issues.

In Appendix 1, "Response to the FDA-483 dated 29 September 2022," completed and planned actions are described in detail. To facilitate review, the FDA-483 observations, responses, and corrective actions are written in table format. Supporting documents relating to responses and/or actions we have already taken or will be taking are listed in Appendix 2 "List of Attachments." The actual supporting documents are presented in Appendix 3 "Attachments".

The following are examples of some of the quality activities underway to demonstrate our commitment to promote improvements in our lab that was the subject of the FDA's Inspectional Observations.

[1] Throughout this document, the terms "I," "we," "our," and the like refer to Dr. Hoau-Yan Wang as the Principal Investigator of the subject study.

**Example 1:**

We will institute the use of logbooks in the laboratory for any future clinical study work in order to capture all information pertaining to the experiments performed.

**Example 2:**

All current Standard Operating Procedures (SOP) will be transferred to a formal SOP template and new procedures will be written to capture the procedures that are performed but not formalized in a written procedure.

**We consider the information contained in this letter and all attachments to be valuable and confidential information and exempt from disclosure under Freedom of Information Act (FOIA) Exemption 4 and 21 C.F.R. 20.61(c).**

I welcome the opportunity to discuss the progress made to date and the corrective actions outlined in the attached response. In the meantime, should you have any questions, please feel free to contact me.

Respectfully,

_/s/ *Dr. Hoau-Yan Wang*___________
Dr. Hoau-Yan Wang, PhD

Appendices

1. Responses to FDA-483
2. Inspection Findings Supporting Evidence List
3. Supporting Evidence Attachments

OFFICIAL UNITED STATES FOOD AND DRUG ADMINISTRATION (US FDA) DOCUMENTS;
DO NOT DISCLOSE WITHOUT WRITTEN PERMISSION OF US FDA OR INFORMATION OWNER


# Appendix 1
# Responses to FDA-483

**Inspection Finding Number: 1**

| | |
|---|---|
| **Inspection Finding:** | 1. The ELISA assays used in the study were not validated/verified. Specifically, the site used commercially available ELISA kits without in-house validation/verification of assay parameters, such as accuracy, precision, and sensitivity of the method. |
| **Response:** | We acknowledge the commercially available ELISA kits did not undergo an in-house validation/verification. We did not perform this function as the data from the assays were not to be used for diagnostic or safety purposes and therefore the manufacturer validation was fit for the purpose for these assays. The assays were to provide a qualitative determination of pre- and post- drug treatment on various Alzheimer's Disease biomarkers. Thus, we relied on the vendor validation information that was provided with each kit, which we have included as supporting evidence.<br><br>For the biomarkers Neurogranin, NFL, and YKL-40, we no longer have the validation information for the ELISA kits and have sent a request to the vendor for this information. We are including, as part of the response, the manual instructions for these three biomarkers that discusses Sensitivity and Cross Reactivity and Specificity that was performed for these biomarker kits. We will provide the validation information upon receipt.<br><br>*Please see Inspection Finding Number 1 Supporting Evidence.* |
| **Corrective Action Plan:** | For any future clinical studies that require biomarker analysis, we will ensure we establish a "Fit for Purpose" validation plan based on technology to be utilized and the intended use of the biomarker data we will be providing to a sponsor. The validation plan and its execution will follow the Ligand Binding Assays section of the FDA Bioanalytical Method Validation and Guidance for Industry. |

**Inspection Finding Number: 2**

| | |
|---|---|
| **Inspection Finding:** | 2. The curve fitting model used for ELISA assays was not adequately justified. Specifically, the site fitted the calibration standards data using a linear regression model, but the log-transformed concentration-response relationship for analytes measured using ELISA assays were nonlinear, thus resulting in inaccurate determination of sample concentrations. |
| **Response:** | Per the Investigator's request, we reached out to the sponsor for assistance with comparing 4PL to the semi-log linear regression used by Dr. Hoau-Yan Wang. The sponsor (b) (4) [redacted] (b) (4) [redacted] |

# Appendix 1
# Responses to FDA-483

| | |
|---|---|
| | (b) (4) [redacted]. Per the sponsor, (b) (4) [redacted]. 4PL is, however, recommended and will be used for future analysis based on its higher correlation coefficient.<br><br>*Please see Inspection Finding Number 2 Supporting Evidence for additional information on the 4PL data.* |
| **Corrective Action Plan:** | The 4PL model will be used for performing the curve fit for all future ELISA assays. |

**Inspection Finding Number: 3**

| | |
|---|---|
| **Inspection Finding:** | 3. There were inadequate source records to reconstruct the study. Specifically, the site did not maintain:<br>a. Documentation of sample storage and tracking<br>b. Documentation of experimental procedures (e.g., record of sample removal/return, preparation of calibration standards, sample aliquoting, processes associated with the conduct of ELISA and Western blot)<br>c. Source records for Western blot analysis<br>d. Audit trails for the plate reader (Multimode Detector software) used in ELISA assays |
| **Response:** | Documentation was present and was either not adequately discussed during the audit and/or not able to be retrieved at the time of the audit but is now available. The following will address the points noted in the finding:<br><br>3a. All samples that were received were tracked with the date and time received within an excel spreadsheet and all manifests were filed in a binder. All manifests received were signed and dated by the person receiving the sample with the date of receipt. Any samples processed with protease and phosphatase inhibitors (PPI) were marked as such in the spreadsheet. The spreadsheet originally provided during the audit contained all study samples that we received. We have since updated the spreadsheet to create individual spreadsheets for each study. We have also reorganized the binders, so manifests are now stored within a designated study binder. *(Please see the sample log evidence within Inspection Finding Number 3 Supporting Evidence.)*<br><br>3b. We are able to trace the process as it was performed. (*Please see Abeta42 evidence within Inspection Finding Number 3 Supporting Evidence.)* |

# Appendix 1
# Responses to FDA-483

| | |
|---|---|
| | 1. Freezer log – shows when the freezer door was open and closed; thus based on those times, we are able to track when samples were removed from the freezer on the day of the extractions. Since samples were in individual aliquots with PPI, they were normally not returned to the freezer as they were used up during the various biomarker extractions that occurred for the sample on the day of the assay. If only one biomarker assay was performed and there was remaining sample, the aliquot was returned to the freezer after samples were extracted.<br>2. Preparation of calibration standards and sample aliquoting – preparation of the standards and sample aliquoting followed the vendor instructions for the type of biomarker ELISA Kit utilized.<br>3. Extracted raw data – the extracted raw data from the plate reader provides a date and time stamp for each individual run.<br>4. SOPs – SOPs outline the process taken for each type of assay<br><br>3c. We acknowledge the source documentation with regards to the chemicals used for the Western Blot analysis were not available for review during the audit. We have since obtained information from our vendors. We also have the traceability of the samples based on the Freezer Log and the process based on the SOP. Sample analysis occurred from 08July2022 through 14July2022. (*Please see Western Blot evidence within Inspection Finding Number 3 Supporting Evidence.)*<br>1. Freezer log – shows when the freezer door was open and closed; thus based on those times, we are able to track when were removed from the freezer on the day of the extractions. Since samples were in individual aliquots with PPI, they were not returned to the freezer as they were used up during the various biomarker extractions that occurred for the sample on day of the assay.<br>2. Membrane and Chemical CoAs for lots used during the extraction of study samples.<br>3. SOPs – SOP outlines the Western Blot process.<br><br>3d. We acknowledge that the audit trail for the plate reader (Multimode Detection Software) was not available at the time of the audit. However, there is an audit trail, and we were able to retrieve it from the software. We are providing the audit trail data from 08Jun2020 and partial data from 09Jun2020 as evidence that an audit trail does exist within the software. (*Please see Multimode Detection Software Audit Trail evidence within Inspection Finding Number 3 Supporting Evidence.)* |
| **Corrective Action Plan:** | As a corrective action, we will implement the following:<br>• Each clinical study will have its own sample tracker and manifest binder. We will no longer combine them into one spreadsheet or binder.<br>• Within the sample tracker, we will document each time samples are removed and returned to the freezer.<br>• COAs for all chemicals and materials used will be kept and filed per study.<br>• Spreadsheets utilized for analysis will be updated to document the name of the |

OFFICIAL UNITED STATES FOOD AND DRUG ADMINISTRATION (US FDA) DOCUMENTS;
DO NOT DISCLOSE WITHOUT WRITTEN PERMISSION OF US FDA OR INFORMATION OWNER


# Appendix 1
# Responses to FDA-483

| | |
|---|---|
| | person conducting the experiment and date.<br>• Implement the use of logbooks to document all clinical study work performed.<br>• Formalize our standard operating procedures in a formal template with approval signatures and revision history.<br>• The -80°C freezer used to store clinical samples will have its temperature history downloaded and filed every 90-days. |

**Inspection Finding Number: 4**

| | |
|---|---|
| **Inspection Finding:** | 4. In ELISA assays for the following analytes and samples, the site excluded one of the three concentration data from triplicate analysis in determining the average sample concentration without justification.<br>a. Aβ42 for samples: (b) (4)<br>b. NFL and YKL-40 for samples: (b) (4)<br>c. HMGB1 for samples: (b) (4)<br>d. Neurogranin for sample (b) (4) |
| **Response:** | Upon looking into the data that was reviewed during the inspection, we do not concur with this inspection finding.<br><br>Biomarker measurements in CSF samples for each patient and timepoint were measured in triplicate in commercial ELISA plates. Specifically, 50 microliters from a sample were pipetted into each of three separate wells in the 96-well ELISA plate, with the intention of calculating an average reading for all three wells. For five of the nine CSF biomarkers measured by commercial ELISA, an error was identified in the excel spreadsheet formula used to average the triplicate values for certain patient samples such that the average was computed on only two of the three cells in the spreadsheet (corresponding to the wells in the ELISA plate) rather than on all three. The error was a substitution of a comma for a colon, so that the average was computed for the two flanking cells, omitting the middle cell.<br><br>For each affected biomarker, this error occurred in one to five patient samples, minimally affecting the data. The mean percent change from baseline for each group for each affected biomarker was recalculated after correcting the comma-for-colon errors. The specific patient samples affected and the changes to the group means for percent change from baseline (provided by the sponsor) are detailed below.<br><br>a. <u>Abeta42:</u> The affected samples were (b) (4)<br>• (b) (4), which changed from (b) (4) %.<br>• (b) (4), which changed from (b) (4) %.<br>• (b) (4) which changed from (b) (4) %. |

OFFICIAL UNITED STATES FOOD AND DRUG ADMINISTRATION (US FDA) DOCUMENTS;
DO NOT DISCLOSE WITHOUT WRITTEN PERMISSION OF US FDA OR INFORMATION OWNER


# Appendix 1
# Responses to FDA-483

Additionally, although (b) (4) and (b) (4) did not have the comma-for-colon error they were missing the third value in the mean calculation which was inadvertently not included.

- (b) (4) changed from (b) (4) %.
- (b) (4) changed from (b) (4) %.

The sponsor recalculated the group means and provided the following corrections in percent change from baseline:

- The placebo changed from (b) (4) %,
- The 50 mg group changed from (b) (4) %, and
- The 100 mg group changed from (b) (4) %.

b. <u>NFL and YKL-40</u>: The affected samples were (b) (4)

<u>Neurofilament Light:</u>

- (b) (4), which changed from (b) (4) %.
- (b) (4), which changed from (b) (4) %.
- (b) (4), which changed from (b) (4) %.
- (b) (4), which changed from (b) (4) %.
- (b) (4), which changed from (b) (4) %.

The sponsor recalculated the group means and provided the following corrections in percent change from baseline:

- The placebo changed from (b) (4) %.
- The 50 mg group changed from (b) (4) %.
- The 100 mg group changed from (b) (4) %.

<u>YKL-40:</u>

- (b) (4), which changed from (b) (4) %.
- (b) (4), which changed from (b) (4) %.
- (b) (4), which changed from (b) (4) %.
- (b) (4), which changed from (b) (4) %.
- (b) (4), which changed from (b) (4) %.

The sponsor recalculated the group means and provided the following corrections in percent change from baseline:

- The placebo changed from (b) (4) %.
- The 50 mg group changed from (b) (4) %.
- The 100 mg group changed from (b) (4) %.

c. <u>HMGB1</u>: The affected samples were: (b) (4)

- (b) (4), which changed from to (b) (4) %.

OFFICIAL UNITED STATES FOOD AND DRUG ADMINISTRATION (US FDA) DOCUMENTS;
DO NOT DISCLOSE WITHOUT WRITTEN PERMISSION OF US FDA OR INFORMATION OWNER


# Appendix 1
# Responses to FDA-483

| | |
|---|---|
| | • (b) (4) [redacted], which changed from (b) (4) [redacted]%.<br>• (b) (4) [redacted], which changed from (b) (4) [redacted]%.<br>• (b) (4) [redacted], which changed from (b) (4) [redacted]%.<br><br>The sponsor recalculated the group means and provided the following corrections in percent change from baseline:<br>• The placebo group changed from (b) (4) [redacted]%.<br>• There was no change in mean for the (b) (4) [redacted].<br>• The 100 mg group mean changed from (b) (4) [redacted]%.<br><br>d. <u>Neurogranin:</u> The affected sample was (b) (4) [redacted].<br>• (b) (4) [redacted], which changed from (b) (4) [redacted]%.<br><br>The sponsor indicated this patient (b) (4) [redacted]<br><br>*Please see Inspection Finding Number 4 Supporting Evidence.* |
| **Corrective Action Plan:** | We recognize the quality issues that occurred with the data that caused ten subjects' biomarker samples to reflect incorrect results. As a corrective action, all future data will undergo two quality control checks prior to sending the sample results to the sponsor. The quality control checks will be documented on the reported results spreadsheet. The spreadsheet will be updated to reflect the name of the person performing the checks and the dates the checks were performed. |

**Inspection Finding Number: 5**

| | |
|---|---|
| **Inspection Finding:** | 5. For ELISA assays used in the study, no quality control samples were included during sample analysis to determine run acceptance. |
| **Response:** | We acknowledge quality control samples were not included in the sample runs. Instead, we used seven positive calibrator controls within the ELISA assays with the exception of the Neurogranin ELISA assay where five positive calibrator controls were used. Each ELISA plate run had its own unique positive calibrators per plate that were run in duplicate. We used the linearity ($R^2$ greater than 0.8000) of the positive calibrator controls to determine the acceptability of the assay. If the $R^2$ wasn't acceptable, this was an indication that there was an issue with the assay run. |
| **Corrective Action Plan:** | We understand the importance of having positive quality control samples when running biomarker assays. However, since there were no quality control samples offered by any of the vendors for the purchased kits and the ability to make our own positive controls was not |

# Appendix 1
# Responses to FDA-483

| | |
|---|---|
| | possible at the time (due to the pandemic resulting in the lack of resources and matrix), we felt that utilizing the $R^2$ acceptance criteria of greater than 0.8000 would be sufficient for these ELISA assays since the assays were not utilized for diagnostic purposes.<br><br>As a corrective action for future clinical studies analysis that we perform, we will investigate acquiring known biomarker concentrations in CSF matrix from a third-party vendor. If none are available, we will reach out to a NIH approved Biobank to obtain known concentration of samples that we may be able to pool together and create in-house quality control samples from CSF. |

**Inspection Finding Number: 6**

| | |
|---|---|
| **Inspection Finding:** | 6. The site did not conduct stability assessment to ensure measurements of analytes in study samples were accurate. |
| **Response:** | We acknowledge that no stability assessments were conducted for any of the biomarkers analyzed by our laboratory as we did not have any quality control samples of known concentrations to perform these stability experiments and did not realize they were required. |
| **Corrective Action Plan:** | As we cannot go back and determine stability of the CSF biomarker samples, our proposed corrective action for the samples analyzed will be to research NIH reports to see what established stabilities have been obtained for the analyzed biomarkers to ensure the following stabilities are covered:<br>• Extraction Stability (XTS) -3 hours<br>• Freeze Thaw Stability (FTS) – 2 cycles<br>• Long-term Stability (LTS) – 363 days (sample collection 21Aug2019 to final analysis 18Aug2020)<br>As another corrective action for future clinical studies analysis that we perform, we will utilize the proposed quality control samples we purchase or make in-house (Finding #5), and ensure they are stored at the same condition and time period as the samples received and undergo the same XTS, FTS, and LTS (at a minimum) as the samples that are analyzed for a particular study. |

OFFICIAL UNITED STATES FOOD AND DRUG ADMINISTRATION (US FDA) DOCUMENTS;
DO NOT DISCLOSE WITHOUT WRITTEN PERMISSION OF US FDA OR INFORMATION OWNER


# Appendix 1
# Responses to FDA-483

**Inspection Finding Number: 7**

| | |
|---|---|
| **Inspection Finding:** | 7. There was no access control (no user log-in requirement) to the computers connected with the ELISA plate reader and image scanner used in the study. |
| **Response:** | We acknowledge the computer connected to the ELISA plate reader and image scanner used in the study does not require a user log-in. The computer is shared with other faculty and students for use on various scientific applications. Because of the volume of students rotating through the laboratory and the volume of computers on campus, locking the system down is not feasible. As a result, all experiments performed by Dr. Hoau-Yan Wang were immediately downloaded to a USB flash drive and backed-up on a separate USB flash drive. Both USB flash drives were secured in Dr. Hoau-Yan Wang's office.<br><br>Another item to note is that the study analysis occurred during the pandemic. The CCNY campus was closed and physical access to the lab was limited and under high security. Access to the laboratory was limited to one person at a time; thus only Dr. Hoau-Yan Wang had access to the data while the samples were being analyzed. The data were immediately exported to a flash drive upon completion of the ELISA analysis. |
| **Corrective Action Plan:** | As a corrective action, we have submitted a request to IT for a separate computer system with access control that will be dedicated to only the Multimode Detector DTX-880. In the interim, no clinical study related ELISA analysis will be performed on this instrument.<br><br>*Please see Inspection Finding Number 7 Supporting Evidence.* |

**Inspection Finding Number: 8**

| | |
|---|---|
| **Inspection Finding:** | 8. The site did not calibrate major equipment (e.g., Multimode Detector DTX 880 and the -80 °C freezer, ID #045299) during the sample analysis period or could not provide documentation for instrument calibration and maintenance. |
| **Response:** | At the time of the audit, we could not locate calibration and maintenance information for the multimode detector DTX-880 and -80 ℃ freezer but did provide information on the analytical balance and pipets used for sample preparation. We have since located the information requested.<br><br>8.a The Multimode Detector DTX 880 was within its calibration period during the period samples were analyzed (June 2020 through Aug 2020). The system was serviced and calibrated on 09-Dec-2019 by (b) (4) with a service due date of 09-Dec-2020. Per (b) (4), the preventive maintenance service that is performed includes the following:<br><br>*ON-SITE PREVENTIVE MAINTENANCE SERVICE VISIT FOR FILTERMAX F5.* |

OFFICIAL UNITED STATES FOOD AND DRUG ADMINISTRATION (US FDA) DOCUMENTS;
DO NOT DISCLOSE WITHOUT WRITTEN PERMISSION OF US FDA OR INFORMATION OWNER

# Appendix 1
# Responses to FDA-483

| | |
|---|---|
| | *The preventive maintenance includes a comprehensive multipoint inspection, testing, calibration, and lubrication. Performance Plate tests in this procedure will be performed using a* (b) (4) *laptop and the latest version of SoftMax Pro Software only. Test result data will not be provided with this service option. This service is conducted by a certified* (b) (4) *Field Service Engineer.*<br><br>*Please see Inspection Finding Number 8 Supporting Evidence.*<br><br>8b. The Twin Guard ULT -80 °C freezer (ID #045299/Serial Number 18120525) was purchased on 27 February 2019 and delivered on 05 March 2019. As part of the sole source justification, the temperature recorder was to be NIST traceable and the freezer was to be validated. Thus, the freezer should have been within the calibration period during the period samples were received and part of their storage time prior to analysis. First study samples were received in August 2019 until 28 February 2020 with analysis occurring in June through Aug 2020. Since the documents could not be located, a request for the NIST traceable certificate and validation documentation was submitted to the vendor. Unfortunately, we have learned that these services were not performed as we thought. A request for these services has been submitted to the vendor. Though we know it does not provide documentation of the freezer performance during the study period, our expectations are the validation and calibration data will show that the freezer is operating according to specifications and the temperature recorder confirms the temperature settings are correct thereby supporting the temperature logs during the period the study samples were stored.<br><br>*Please see Inspection Finding Number 8 Supporting Evidence.*<br><br>*Please note: Due to the pandemic and high COVID cases in New York City, CCNY did not allow outside visitors and vendors to come on-site so follow up preventive maintenance and calibration of the equipment mentioned in this finding could not be performed during the relevant periods in years 2020 and 2021.* |
| **Corrective Action Plan:** | Our corrective action is to ensure that all the equipment is up to date with their current calibration. Since CCNY restrictions of outside visitors have been lifted, we have reached out to our third-party vendors and have scheduled a follow-up preventive maintenance/calibration of the Multimode Detector DTX-880 scheduled for 13 October 2022, calibration of the Twin Guard ULT -80 °C freezer internal thermometer (date to still be scheduled), and we have received a quote for the validation of the freezer. Validation is to be scheduled upon acceptance of the quote. |

OFFICIAL UNITED STATES FOOD AND DRUG ADMINISTRATION (US FDA) DOCUMENTS;
DO NOT DISCLOSE WITHOUT WRITTEN PERMISSION OF US FDA OR INFORMATION OWNER


# Appendix 2
# Inspection Findings Supporting Evidence List

## ***Inspection Finding Number 1 Supporting Evidence List***

1. Catalog Number KHO0631 - Human Tau [pT181] phosphoELISA™ - ELISA Kit Validation Information
2. Catalog Number KHB0041 & KHB0042 - Human Tau Total ELISA - ELISA Kit Validation Information
3. Catalog Number KHB3441 - HuAbeta42 ELISA - ELISA Kit Validation Information
4. Catalog Number EH464RB - Human TREM2 Sandwich - ELISA KIT Validation Information
5. Catalog Number EKF57253 - HMGB1 ELISA- ELISA Kit Validation Information
6. Catalog Number KHC0011 & KHC0012 - Human IL-1β ELISA - ELISA Kit Validation Information
7. Catalog Number KHC0061 & KHC0062 – Human IL-6 ELISA – ELISA Kit Validation Information
8. Catalog Number KHC3011 & KHC3012 – Human TNF- a ELISA – ELISA Kit Validation Information
9. ls-f6701 Human Nf-L sandwich from LSBio User Manual
10. ls-f6894 Human neurogranin indirect from LSBio User Manual
11. ls-f1020 Human YKL40 Sandwich from LSBio User Manual

## ***Inspection Finding Number 2 Supporting Evidence List***

1. 4PL vs Semi-log linear Regression Comparison

## ***Inspection Finding Number 3 Supporting Evidence List***

1. 3a. Clinical Trails II-b_20200608_corrected@20220927'
2. 3b_1. 20190308-20220914_Freezer Door Log
3. 3b_2i. MAN0014629_KHB3441_HuAbeta42_ELISA_PI Thermo invitrogen
4. 3b_2ii.HYW299-Beta Amyloid 42-(2X192 tests )elisa kit-Thermo-060420
5. 3b_2iii. CSF -2bAbeta42 group 2 0 vs 28_Method Information
6. 3b_3. Abeta42 group 2 0 vs 28.xls_Method Information
7. 3b_4i. SOP - CSF sample handling
8. 3b_4ii. SOP -ELISA performance
9. 3c_1. 20190308-20220914_Freezer Door Log
10. 3c_2i. Nitrocel Membrane_1620112_A15217279
11. 3c_2ii. P-920 - Tris-Ultra Pure - B03M136
12. 3c_2iii. 000000153407 Jackson immunoresearch goat anti-human IgG
13. 3c_2iv. sc-271604 Albumin Antibody Specification Sheet
14. 3c_2v. West Pico Plus Chemiluminescent Substrate_34578_TK272759B

OFFICIAL UNITED STATES FOOD AND DRUG ADMINISTRATION (US FDA) DOCUMENTS;
DO NOT DISCLOSE WITHOUT WRITTEN PERMISSION OF US FDA OR INFORMATION OWNER


# Appendix 2
# Inspection Findings Supporting Evidence List

15. 3c_3i. SOP - Determination of albumin in CSF and plasma for BBB integrity
16. 3c_3ii. SOP - Determination of IgG in CSF and plasma for BBB integrity
17. 3d. Multimode Detection Software AuditEntry from 08-09Jun2020

## ***Inspection Finding Number 4 Supporting Evidence List***

1. CSF-2b Abeta42-group1-2-3-4-5 0 vs 28 report
2. CSF-2b Abeta42-group1-2-3-4-5 0 vs 28 report - corrected
3. CSF NfL group 1-2-3-4-5 0 vs 28 report
4. CSF NfL group 1-2-3-4-5 0 vs 28 report corrected
5. CSF-YKL40 group1-2-3-4-5 0 vs 28 report
6. CSF-YKL40 group1-2-3-4-5 0 vs 28 report corrected
7. CSF HMGB1 group 1-2-3-4-5 0 vs 28 report
8. CSF HMGB1 group 1-2-3-4-5 0 vs 28 report corrected
9. CSF Neurogranin group 1-2-3-4-5 0 vs 28 report
10. CSF Neurogranin group 1-2-3-4-5 0 vs 28 report corrected

## ***Inspection Finding Number 7 Supporting Evidence List***

1. Email to CCNY IT Department dated 26 September 2022.

## ***Inspection Finding Number 8 Supporting Evidence List***

1. 8a_1. Multimode Detector DTX 880_Serial # 262501428 Field Service Report
2. 8a_2. Multimode Detector DTX 880_Service Due Date
3. 8a_3. Multimode Detector DTX 880_Serial # 262501428 Service Estimate
4. 8b_1. PHCBi -80c freezer sole source justification
5. 8b_2. PHCBi -80 C freezer-Invoice 96034570_Date 030519
6. 8b_3. Freezer Delivery Information from Mainfreight_Tracking #502195
7. 8b_4. Quotation_20038337-2_Freezer Validation and NIST Calibration
8. 8b_5. Quote8598_NIST temperature calibration