OFFICIAL UNITED STATES FOOD AND DRUG ADMINISTRATION (US FDA) DOCUMENTS;
DO NOT DISCLOSE WITHOUT WRITTEN PERMISSION OF US FDA OR INFORMATION OWNER



U.S. FOOD & DRUG ADMINISTRATION

Dr. Vincent Boudreau
President
The City College Of New York (CCNY)/CUNY
160 Convent Avenue, Room 300
New York, New York 10031

Dear Dr. Boudreau:

The purpose of this letter is to inform you in writing of the findings of a U.S. Food and Drug Administration (FDA) inspection conducted at The City College of New York (CCNY)/CUNY in New York, New York, United States during September 14 to September 16, 2022 by Melkamu Getie Kebtie, Julia Cho, and Sheri Stephenson. This inspection is part of FDA's Bioresearch Monitoring Program, which was established to assure the quality and integrity of data submitted to the agency in support of marketing applications, as well as to provide protection of the rights and welfare of subjects involved in FDA regulated research.

At the conclusion of the inspection, FDA presented and discussed with you Form FDA 483, Inspectional Observations. We have reviewed the Form FDA 483, the FDA Establishment Inspection Report, and the documents submitted with the report. We acknowledge receipt of your written response to Form FDA 483 dated October 7, 2022. We note that you plan to implement corrective actions to address the inspection observations, and note that it is your responsibility to effectively execute appropriate actions to prevent the recurrence of these type of observations..

We appreciate the cooperation you showed to FDA inspectors during the inspection. Should you have any questions or concerns regarding this letter or the inspection, please send all correspondence to:

CDER-OSIS-BEQ@fda.hhs.gov

OR

Office of Study Integrity and Surveillance
Office of Translational Sciences
Center for Drug Evaluation and Research
Food and Drug Administration
Building 22, Room 1471
10903 New Hampshire Avenue
Silver Spring, MD 20993

Sincerely,

**Sean Y. Kassim, PhD**
**Office Director**
Office of Study Integrity and Surveillance
Office of Translational Sciences
Center for Drug Evaluation and Research
United States Food and Drug Administration

CC: Dr. Wang Hoau-Yan Wang, Principal Investigator

OFFICIAL UNITED STATES FOOD AND DRUG ADMINISTRATION (US FDA) DOCUMENTS;
DO NOT DISCLOSE WITHOUT WRITTEN PERMISSION OF US FDA OR INFORMATION OWNER



--------------------------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

--------------------------------------------------------------------------------------------------------------------

/s/

------------------------------------------------------------

SEAN Y KASSIM
12/15/2022 08:09:27 AM