**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of the Assistant Secretary for Health
Office of Research Integrity
1101 Wootton Parkway, Suite 240
Rockville, MD, 20852

Phone 240-453-8800
FAX: 301-594-0043
Email: alexander.runko@hhs.gov
Web: https://ori.hhs.gov/

**CONFIDENTIAL/SENSITIVE**

February 2, 2024

Lynda Mules, MLA, CIP
University Executive Director of Research Integrity and Compliance
Office of Research
The City University of New York
205 East 42nd Street
New York, NY 10017

TRANSMITTED VIA EMAIL TO: Lynda.Mules@cuny.edu

RE: DIO 7470

Dear Ms. Mules:

Thank you for providing an update[1] regarding the investigation conducted by the City University of New York (CUNY) into allegations of research misconduct against Hoau-Yan Wang, Ph.D., Associate Medical Professor, CUNY School of Medicine. You communicated to DIO that CUNY has stayed the research misconduct investigation and retained an outside law firm to investigate the processes surrounding the research misconduct investigation that will include expert consultation on the investigation report and related material and that this work will be completed by the end of the academic year.

However, ORI was expecting a detailed letter from your institution that would provide information that would meet the requirements specified in the PHS regulation (42 C.F.R. Part 93). Specifically, in accordance with 42 C.F.R. § 93.400(a), § 93.400(d), and § 93.403, ORI's oversight review determined that CUNY's submitted investigation report and supporting documentation do not fully meet the institutional reporting requirements per § 93.315. To address the deficiencies, ORI requests that CUNY provide the following information:

1. What specifically about CUNY's process in conducting the research misconduct investigation is the outside law firm investigating and what actions might CUNY administer as a result of the law firm's findings?

[1]Video conference with the Division of Investigative Oversight (DIO), Office of Research Integrity (ORI), on January 26, 2024, and email sent on January 30, 2024.

2. What specifically is the expert consultant is examining and what actions might CUNY administer as a result of the consultant's findings?

3. Provide CUNY's explanation on the unresponsiveness and delay of CUNY and the City College of New York (CCNY) to the investigation committee's requests for access to image files sequestered from Dr. Wang's office and laboratory computers. As required by § 93.307(b) and § 93.310(d), CCNY and CUNY should have taken all reasonable and practical steps to obtain custody of all of the research records and evidence needed to conduct the research misconduct proceeding during the investigation, inventory the records and evidence, and sequester them in a secure manner.

4. Provide the investigation committee's analysis of the questioned images that were examined in the investigation.

5. Per § 93.313(f), for each separate allegation of research misconduct identified in the investigation, CUNY is required to provide a finding of whether research misconduct did or did not occur.

6. State whether CUNY accepts the investigation's findings and describe any completed, pending, or planned administrative actions against Dr. Wang in accordance with § 93.315(c) and § 93.315(d).

7. Provide a detailed timeline that documents CUNY's actions following completion of the research misconduct investigation.

ORI expects institutions to carry research misconduct proceedings through to completion and to pursue diligently all significant issues. ORI requests that CUNY provide the requested information outlined above by March 4, 2024.

If you have any questions regarding the handling of this case, please contact me at 240-453-8800 or via email at alexander.runko@hhs.gov.

Sincerely,

Alexander P. Runko -S

Digitally signed by Alexander P. Runko -S
Date: 2024.02.02 16:30:12 -05'00'

Alexander Runko, Ph.D.
Director
Division of Investigative Oversight
Office of Research Integrity