**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In the Matter of:**<br><br>**CIVIL INVESTIGATIVE DEMAND TO DR. HOAU-YAN WANG,** | **Case No. 26-mc-62 (MMB)** |

## DECLARATION OF LAWRENCE H. FOGELMAN

I, Lawrence H. Fogelman, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Southern District of New York. I am one of the attorneys representing the United States of America (the "Government" or "Respondent") in a civil fraud investigation pursuant to the False Claims Act ("FCA"), 31 U.S.C. § 3729 et seq., concerning whether Cassava Sciences, Inc. (and or its officers, employees or affiliates, including Dr. Lindsay Burns) ("Cassava") and/or Dr. Hoau-Yan Wang submitted or caused to be submitted false claims, false records, or false statements in connection with grants received from the National Institutes of Health relating to certain products to treat or detect Alzheimer's Disease (the "Civil Fraud Investigation"). On April 30, 2026, the Government obtained approval from the U.S. Attorney for the Southern District of New York to issue a Civil Investigative Demand seeking testimony from Dr. Hoau-Yan Wang.

2. I submit this declaration to provide a copy of documents referenced in the Government's opposition to Dr. Wang's Motion to Set Aside the Civil Investigative Demand Pursuant to 31 U.S.C. § 3733(j)(2), Dkt. 1.

3. Attached as Exhibit A is a true and correct copy of the article *PTI-125 Binds and Reverses an Altered Conformation of Filamin A to Reduce Alzheimer's Disease Pathogenesis*, Neurobiology of Aging 55 (2017) 99-114 (the "2017 Article").

4. Attached hereto as Exhibit B is a true and correct copy of a document titled *SavaDx, a Novel Plasma Biomarker to Detect Alzheimer's Disease, Confirms Mechanism of Action of Simufilam*, with Bates number CASS-SDNY-00374278.

5. Attached hereto as Exhibit C is a true and correct copy of an email dated July 12, 2020, with Bates number CASS-SDNY-00124705.

6. Attached hereto as Exhibit D is a chart listing grants applied for by Cassava and approved by NIH.

7. Attached hereto as Exhibit E is a true and correct copy of the article *Reducing Amyloid-Related Alzheimer's Disease Pathogenesis by a Small Molecule Targeting Filamin A*, J. Neurosci. 32(29):9773-9784 (2012).

8. Attached hereto as Exhibit F is a true and correct copy of a document bates labeled USDOJ4-0000577259 with file name "C-AD-FLNA conformation IEF.jpg", an image from Dr. Wang's thumb drive seized by the FBI during the search of Dr. Wang's Philadelphia residence. The Bates number and file name have been added at the top of the document.

9. Attached hereto as Exhibit G is a true and correct copy of a document bates labeled USDOJ4-0000441554 with file name "C-AD-FLNA conformation IEF-11.jpg", an image from Dr. Wang's thumb drive seized by the FBI during the search of Dr. Wang's Philadelphia residence. The Bates number and file name have been added at the top of the document.

10. Attached hereto as Exhibit H is an exhibit placing Exhibits F and G side by side for ease of comparison.

11. Attached hereto as Exhibit I is an exhibit showing a comparison of Figure 2A from the 2017 Article and the white box image from Exhibit G.

12. Attached hereto as Exhibit J is an excerpt from a grant application by Cassava with number 2 RR44AG056166-03 (added to the top of the document to indicate the source) that is pulled out and enlarged with added arrows to demonstrate that the figure in the grant application is the same as Figure 2A from the 2017 Article.

13. Attached hereto as Exhibit K is a certification and declaration from the United States Food and Drug Administration ("FDA") providing a true copy of the FDA's response dated February 10, 2022, to a Citizen Petition.

14. Attached hereto as Exhibit L are true and correct copies of excerpts from the deposition taken by the Securities and Exchange Commission of Dr. Wang on August 22, 2023 and March 20, 2024.

15. Attached hereto as Exhibit M is a true and correct copy of a transcript from *United States of America v. Wang*, 24-Cr-211 (TDC), dated October 20, 2025.

16. Attached as Exhibit N are a series of emails between counsel for the Government and counsel for Dr. Wang as follows:

- Exhibit N-1 is a true and correct copy of a May 1, 2026 email from the Government to Dr. Wang's counsel attaching a Civil Investigative Demand seeking testimony from Dr. Wang.
- Exhibit N-2 is a true and correct copy of a May 4, 2025 email from Dr. Wang's counsel to the Government.
- Exhibit N-3 is a true and correct copy of a second email dated May 4, 2025 from Dr. Wang's counsel to the Government.

- Exhibit N-4 is a true and correct copy of an email from the Government to Dr. Wang's counsel date May 5, 2025, attaching an email dated July 14, 2022 with accompanying Civil Investigative Demand.
- Exhibit N-5 is a true and correct copy of an email from the Government to Dr. Wang's counsel dated June 10, 2026.
- Exhibit N-6 is a true and correct copy of an email from Dr. Wang's counsel to the Government dated June 11, 2026.
- Exhibit N-7 is a true and correct copy of an email from the Government to Dr. Wang's counsel dated June 22, 2026, attaching a Civil Investigative Demand providing for Dr. Wang to give testimony on July 2, 2026.
- Exhibit N-8 is a true and correct copy of an email from Dr. Wang's counsel to the Government dated June 30, 2026.
- Attached as Exhibit N-9 is a true and correct copy of an email from Dr. Wang's counsel to the Government dated July 1, 2026, with attached exhibits omitted.
- Attached as Exhibit N-10 is a true and correct copy of an email from the Government to Dr. Wang's counsel dated July 1, 2026.
- Attached as Exhibit N-11 is a true and correct copy of an email from Dr. Wang's counsel to the Government dated July 1, 2026.
- Attached as Exhibit N-12 is a true and correct copy of an email from Dr. Wang's counsel to the Government dated July 1, 2026.
- Attached as Exhibit N-13 is a true and correct copy of an email from the Government to Dr. Wang's counsel to the Government dated July 1, 2026.

- Attached as Exhibit N-14 is a true and correct copy of an email from Dr. Wang's counsel to the Government dated July 2, 2026.

17. Attached as Exhibit O is a true and correct concept of the transcript from July 2, 2026, with exhibits.

18. Attached as Exhibit P is a true and correct copy of a Civil Investigative Demand dated May 1, 2026.

19. Attached as Exhibit Q is a true and correct copy of a Civil Investigative Demand dated June 22, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 29, 2026
New York, New York

/s/ Lawrence H. Fogelman
LAWRENCE H. FOGELMAN