**To:** Ben Thornton[gthornton@cassavasciences.com]
**From:** Lindsay Burns[lburns@cassavasciences.com]
**Sent:** Sun 7/12/2020 6:36:19 PM (UTC)
**Subject:** expecting CSF albumin data today

Ben,

Hoau finished all the blots for CSF albumin and said there are big changes (as before I assume). He was going to try to get me the data this weekend. I have an extra page in the research plan for my grant application and would like to plug it in, but could you do an ANOVA (with SEMs) so I can put in this last figure? I'd like to submit Monday or Tuesday at the latest.

I spoke to Steve Arnold on Thursday. He was at the car shop getting a repair and leaving on vacation on Saturday. I got him a draft LOS but got nothing back, so I will just send in with Jeff's (unless he sends it soon). He knew I needed to submit this week, so we'll see. But he gave me the same nervousness or discomfort about Hoau's magic hands while also acknowledging that things weren't great in Lund. He says that others would like additional data from somewhere else. Hoau thinks we'll get confusing data and Remi tends to agree, but I'd like to pick something that wouldn't undermine our CSF data either way. I'm thinking of Inoviv or Steve suggested Olink. Maybe even Quanterix, for something we can track in plasma. NfL or Abeta 42/40 or inflammatory markers. Quanterix also does not yet have a ptau in plasma assay but says it is coming soon. Not sure if I want to be the guinea pig, but it would also be nice to place some work there. Let me know your thoughts.

Lindsay