# SUMMARY OF GRANTS

| Grant Number | Principal Investigator | Institution | Date of Notice of Award | Award Amount | Website Reflecting Monetary Award |
|---|---|---|---|---|---|
| 1R44 AG050301-01 | Lindsay Burns | Cassava Sciences, Inc. | July 29, 2015 | $225,000 | https://reporter.nih.gov/search/psFN_wY5n0Sh1X7az2Ofow/project-details/8893735 |
| 4R44 AG050301-02 | Lindsay Burns | Cassava Sciences, Inc. | January 8, 2016 | $1,500,000 | https://reporter.nih.gov/search/psFN_wY5n0Sh1X7az2Ofow/project-details/9186714 |
| 1R44 AG056166-01 | Lindsay Burns | Cassava Sciences, Inc. | May 31, 2017 | $225,000 | https://reporter.nih.gov/search/PE--q-LNd02JSSmG1kaMkQ/project-details/9337906 |
| 4R44 AG056166-02 | Lindsay Burns | Cassava Sciences, Inc. | September 11, 2017 | $1,500,000 | https://reporter.nih.gov/search/PE--q-LNd02JSSmG1kaMkQ/project-details/9541054 |
| 3R44 AG056166-02S1 | Lindsay Burns | Cassava Sciences, Inc. | September 13, 2018 | $141,748 | https://reporter.nih.gov/search/PE--q-LNd02JSSmG1kaMkQ/project-details/9524402 |
| 2R44 AG056166-03 | Lindsay Burns | Cassava Sciences, Inc. | September 12, 2018 | $2,896,320 | https://reporter.nih.gov/search/GvxT2pk2uEu9JSiffiemIA/project-details/9624887 |
| 3R44 AG056166-03S1 | Lindsay Burns | Cassava Sciences, Inc. | September 20, 2018 | $350,000 | https://reporter.nih.gov/search/GvxT2pk2uEu9JSiffiemIA/project-details/9720081 |
| 1R42 AG057329-01 | Ben Thornton, Lindsay Burns, Hoau-Yan Wang | Cassava Sciences, Inc. | August 29, 2017 | $295,343 | https://reporter.nih.gov/search/REyi8HXBhEmE7D32jiX6yg/project-details/9409221 |

| Grant Number | Principal Investigator | Institution | Date of Notice of Award | Award Amount | Website Reflecting Monetary Award |
|---|---|---|---|---|---|
| 4R44 AG057329-02 | Ben Thornton, Lindsay Burns, Hoau-Yan Wang | Cassava Sciences, Inc. | January 14, 2019 | $1,109,748 | https://reporter.nih.gov/search/7EBAcg-SfUao3J0zHO6A8g/project-details/9758123 |
| 5R44 AG057329-03 | Ben Thornton, Lindsay Burns, Hoau-Yan Wang | Cassava Sciences, Inc. | January 23, 2020 | $450,142 | https://reporter.nih.gov/search/7EBAcg-SfUao3J0zHO6A8g/project-details/9850182 |
| 1R44 AG060878-01 | Lindsay Burns | Cassava Sciences, Inc. | August 13, 2018 | $260,585 | https://reporter.nih.gov/search/GIoaEn1v60Srcw8R-YGddg/project-details/9625278 |
| 3R44 AG060878-01S1 | Lindsay Burns | Cassava Sciences, Inc. | September 20, 2018 | $374,500 | https://reporter.nih.gov/search/MOuPbImBbUeQlDvhP5Dp6w/project-details/9765765 |
| 4R44 AG060878-02 | Lindsay Burns | Cassava Sciences, Inc. | December 12, 2018 | $2,896,561 | https://reporter.nih.gov/search/MOuPbImBbUeQlDvhP5Dp6w/project-details/9828895 |
| 3R44 AG060878-02S1 | Lindsay Burns | Cassava Sciences, Inc. | March 6, 2020 | $374,500 | https://reporter.nih.gov/search/MOuPbImBbUeQlDvhP5Dp6w/project-details/10018305 |
| 1R44 AG065152-01 | Lindsay Burns | Cassava Sciences, Inc. | April 22, 2020 | $2,499,896 | https://reporter.nih.gov/search/gbFqDEEnNE2Ed4iEPr380Q/project-details/9851728 |
| 1R01 AG067972-01A1 | Lindsay Burns | Cassava Sciences, Inc. | May 10, 2021 | $2,710,220 | https://reporter.nih.gov/search/b4qtvBw2xEaglD2YUwsL1g/project-details/10216906 |
| **Total** | | | | **$17,809,563** | |