USDOJ4-0000577259 - C-AD-FLNA conformation IEF.jpg



USDOJ4-0000441554 - C-AD-FLNA conformation IEF-11.jpg

