USDOJ4-0000441554 - C-AD-FLNA conformation IEF-11.jpg






Cropped to isolate row 1-6

Isolated Figure 2, Panel A
Wang et al, Neurobiol Aging, 55:99-114. 2017