## RESEARCH STRATEGY

### A. SIGNIFICANCE

The worldwide Alzheimer's disease (AD) incidence was 46.8 million in 2015 and is estimated to double every 20 years to reach 74.7 million in 2030 and 131 million by 2050.[1] Although amyloid, particularly amyloid beta$_{1\text{-}42}$ (A$\beta_{42}$) is still considered a causative agent in AD, many amyloid-lowering therapies have failed in the clinic, casting doubt on "the amyloid hypothesis." Multiple factors may have contributed to these clinical failures, such as treating too late in the disease, as neuropathology can precede cognitive symptoms by as much as 25 years.[2] Additionally, because soluble A$\beta_{42}$ correlates more highly with cognitive decline than do Aβ deposits,[3] therapies clearing aggregated Aβ plaques are likely downstream of active pathology. Other research suggests that the greatest toxicity is conferred by A$\beta_{42}$ oligomers,[4] which therefore evade agents that primarily target Aβ monomers such as solanezumab. Importantly also, the large pool of soluble Aβ makes its removal mostly ineffective, and further, Aβ's putative physiological roles make removal possibly detrimental. Aβ has been shown to protect against microbial infection[5] and even play a role in neuronal survival, particularly under hypoxic stress.[6] An additional explanation for the failures of anti-amyloid antibodies is that A$\beta_{42}$ binds the α7-nicotinic acetylcholine receptor (α7nAChR) with ultra-high (high femtomolar) affinity,[7,8] creating substantial competition for therapeutic agents, which rarely bind their targets as tightly. Furthermore, this femtomolar binding of A$\beta_{42}$ (monomers or small oligomers) to α7nAChR is pathogenic in activating kinases[9-12] to cause tau hyperphosphorylation and intraneuronal Aβ accumulation. The resulting neurofibrillary lesions erode axonal/dendritic transport and disrupt synaptic and neuronal function, leading to neurodegeneration and plaque formation.[7,8,11,13] Although A$\beta_{42}$ binds several other targets,[14] including $PrP^c$ [15] and neuroligin-1,[16] their nanomolar or lower affinities suggest high off-rates and limited target engagement.

***PTI-125, a novel AD drug candidate***

PTI-125 is a novel small molecule AD therapeutic candidate that binds and reverses an altered conformation of the scaffolding protein filamin A (FLNA), which is induced by Aβ and critical to its toxicity.[17-19] PTI-125 thus offers an alternative approach to reducing the toxicity of monomeric or oligomeric soluble Aβ without affecting its homeostasis.[17-19] We first showed that the toxic signaling of A$\beta_{42}$ via α7nAChR requires the recruitment of FLNA to α7nAChR, a non-constitutive linkage that is induced by A$\beta_{42}$ and prevented or reversed by PTI-125.[17] We recently showed that the FLNA linking to α7nAChR is an altered conformation, evidenced by a shift in isoelectric focusing point. **Fig. 1** shows this shift in postmortem human AD and control brain.[18] The conformational shift is insensitive to complete dephosphorylation by alkaline phosphatase. PTI-125 preferentially binds and reverts aberrant FLNA to




**Fig. 1** The conformational states of FLNA immunopurified from control or AD postmortem brain were separated on pH3-10 isoelectric focusing gels and then Western blotted with anti-FLNA. PTI-125 incubation (1 nM) largely restored the conformation of FLNA to its non-AD state. n = 6. *p < 0.00001 vs. non-diseased FLNA conformation (pI 5.9) within group; #p < 0.00001 vs. respective FLNA pI in AD without PTI-125 (with or without alk phos).

