**From:** Beidel, Jennifer
**To:** Fogelman, Lawrence (USANYS); Tarczynska, Dominika (USANYS)
**Subject:** [EXTERNAL] Re: CID for Deposition of Dr. Wang
**Date:** Thursday, July 2, 2026 8:54:34 AM
**Attachments:** image001.png
emailsig_centennial_full_gradient_alt(003)_68a26b58-c542-40af-9ef3-01b745201aca.png

---

I repeatedly asked for you both to call my cell last evening so we could discuss this and arrange for travel there if needed. Neither of you did. As you know, I am out of state, so we will not be there today.

The statute cited in our motion says that we have until the earlier of 20 days from receipt of the CID or the return date to file our motion. We complied with both of those dates as to the operative CID. The prior one has been mooted because the return deadline passed. You may express your disagreement with that in a response to our motion or whatever other form you like. But we will not be making Dr. Wang available until a court rules on our motion or otherwise directs his attendance. You may also ask for whatever costs you deem appropriate with or without sending us threatening emails at 11:30PM.

The history of abuses of Dr. Wang is laid out in our motion, and your response to our motion illustrates that pattern is continuing. Our motion seeks quashing the CID entirely, which did not seem productive to accomplish via a meet and confer. Should you wish to confer now about discontinuing your investigation of Dr. Wang and/or withdrawing the testimony request, and should we reach an acceptable resolution, we would happily withdraw our motion. If you are not interested in those discussions, then as we suspected, meeting and conferring was and is futile.

**Jennifer L. Beidel**
Member

D 248-203-0506 ▪ M 215-470-0667
JBeidel@dykema.com ▪ dykema.com

**BIO VCARD LINKEDIN**

39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304

---

**From:** Fogelman, Lawrence (USANYS) <Lawrence.Fogelman@usdoj.gov>
**Sent:** Thursday, 02 July 2026 07:44:02
**To:** Tarczynska, Dominika (USANYS) <Dominika.Tarczynska@usdoj.gov>; Beidel, Jennifer <JBeidel@dykema.com>
**Subject:** Re: CID for Deposition of Dr. Wang

Jennifer,

We are in a conference room called the "Executive Boardroom" on the tenth floor.

Best,
Larry

---

**From:** Tarczynska, Dominika (USANYS) <Dominika.Tarczynska@usdoj.gov>
**Sent:** Wednesday, July 1, 2026 11:30:45 PM
**To:** Beidel, Jennifer <JBeidel@dykema.com>; Fogelman, Lawrence (USANYS) <Lawrence.Fogelman@usdoj.gov>
**Subject:** RE: CID for Deposition of Dr. Wang

Jennifer,

You did not file a motion to compel until the evening before the deposition. At no point did you seek to meet and confer with the Government on any issues relating to the substance of the CID, even though we have been emailing about logistics of Dr. Wang's testimony since early May and even though Dr. Wang expressly committed to appear tomorrow, per your June 11 email. Since there has been no Court ordered relief in response to your late filed motion, the CID remains operative, and Dr. Wang is obligated to give testimony tomorrow.

Accordingly, we reserve our rights to seek all appropriate relief if he does not provide testimony tomorrow, including but not limited to costs. We note that we have incurred travel costs as well as the costs of a court reporting service and videographer.

Regards,
Dominika

---

**From:** Beidel, Jennifer <JBeidel@dykema.com>
**Sent:** Wednesday, July 1, 2026 9:46 PM
**To:** Tarczynska, Dominika (USANYS) <Dominika.Tarczynska@usdoj.gov>; Fogelman, Lawrence (USANYS) <Lawrence.Fogelman@usdoj.gov>
**Subject:** [EXTERNAL] Re: CID for Deposition of Dr. Wang

Dominika,

What do you mean by appropriate relief? If you mean a motion to compel, please go ahead and file or you can oppose our motion to quash.

If you mean something else, we need to discuss ASAP because I will need to get on a plane to Philadelphia.

Please call my cell - 215-470-0667

Jennifer

**Jennifer L. Beidel**
Member

D 248-203-0506 ▪ M 215-470-0667
JBeidel@dykema.com ▪ dykema.com

**BIO** **VCARD** **LINKEDIN**

39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304

Dykema 100 YEARS

---

**From:** Tarczynska, Dominika (USANYS) <Dominika.Tarczynska@usdoj.gov>
**Sent:** Wednesday, 01 July 2026 21:27:16
**To:** Beidel, Jennifer <JBeidel@dykema.com>; Fogelman, Lawrence (USANYS) <Lawrence.Fogelman@usdoj.gov>
**Subject:** Re: CID for Deposition of Dr. Wang

Jennifer,

We received your motion to quash the Civil Investigative Demand ("CID") for tomorrow's testimony of Dr. Wang at 5:58pm today on the eve of the deposition. We plan to proceed with the CID proceeding as scheduled tomorrow morning in Philadelphia. If Dr. Wang does not appear, we intend to seek appropriate relief.

As you are aware, we served the CID for Dr. Wang's testimony on May 1, 2026. On May 4, 2026, you confirmed your willingness to accept service by email. Dr. Wang was thus properly served with the CID by no later than May 4, 2026. The CID required Dr. Wang to appear in Philadelphia, where he resides, to provide testimony on June 3, 2026. The CID contained a detailed rider identifying the purpose of this demand for oral testimony, including by providing an itemized list of the primary areas of inquiry.

Since May 4, we have been in frequent correspondence with you about the date, location and logistics of Dr.Wang's testimony, but at no point in our email correspondence did you raise any substantive objections to the CID itself, including with respect to the topics of inquiry

identified by the Government. We accommodated Dr. Wang's and your schedule by offering several possible dates to obtain his testimony. By email dated June 10, 2026, we asked if Thursday, July 2 in Philadelphia would work for you and Dr. Wang. The next day, on June 11, 2026, you responded: "Yes, that works for us. Would you mind reissuing the CID with the new date." The Government complied with this request, and on June 22, 2026, sent the CID with the agreed July 2 date, and provided an updated address on where in Philadelphia the testimony would take place. Other than the change in date of Dr. Wang's testimony and the location within Philadelphia, the CID was identical to the CID served on Dr. Wang on May 4, 2026. The topics identified as the subject of the testimony remained unchanged.

Dr. Wang has thus had since May 4, 2026, to raise any substantive objections to the CID, but did not file a motion to quash until the evening before the deposition. To date, Dr. Wang has never sought to meet and confer with the Government about any objections to the CID. Dr. Wang's counsel did not advise the Government that it intended to move to quash the CID until 5:59 pm yesterday, nearly three months after receiving it, after travel arrangements had been made and a Court reporter and videographer had been booked and scheduled to be present tomorrow morning. We exchanged multiple emails prior to yesterday about the CID, but you suggested only logistical constraints in scheduling that the Government addressed. And as noted, by email dated June 11, 2026, you affirmatively agreed that the July 2 date "works for us."

Given the tardiness to Dr. Wang's motion to quash and its lack of merit, we intend to proceed with the deposition as scheduled tomorrow. If Dr. Wang does not appear we intend to seek appropriate relief.

Regards,
Dominika Tarczynska

---

**From:** Beidel, Jennifer <JBeidel@dykema.com>
**Sent:** Tuesday, June 30, 2026 5:59 PM
**To:** Fogelman, Lawrence (USANYS) <Lawrence.Fogelman@usdoj.gov>
**Cc:** Tarczynska, Dominika (USANYS) <Dominika.Tarczynska@usdoj.gov>
**Subject:** [EXTERNAL] RE: CID for Deposition of Dr. Wang

We do not have an objection to a paralegal being present. However, I wanted to let you know that we plan to file a motion to quash the CID. We will send you a courtesy copy as soon as it is available.

**Jennifer L. Beidel**
Member

D 248-203-0506 ▪ M 215-470-0667
JBeidel@dykema.com ▪ dykema.com

**BIO VCARD LINKEDIN**

39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304

**From:** Fogelman, Lawrence (USANYS) <Lawrence.Fogelman@usdoj.gov>
**Sent:** Monday, June 29, 2026 2:39 PM
**To:** Beidel, Jennifer <JBeidel@dykema.com>
**Cc:** Tarczynska, Dominika (USANYS) <Dominika.Tarczynska@usdoj.gov>
**Subject:** RE: CID for Deposition of Dr. Wang

Hi Jennifer,

Dominika and I are looking forward to seeing you and Dr. Wang on Thursday at 8:30am. Per your email below, the statute does not expressly state that a paralegal may be present in the place where the examination is held, but allows for an agreement by the attorney for the government and the person giving testimony about who can be present. Would Dr. Wang consent to our having a paralegal present during the examination to facilitate the handling of exhibits?

As a reminder, the testimony will be recorded by court reporter and videographer.

See you Thursday.

Best regards,
Larry

Lawrence H. Fogelman
Assistant United States Attorney
United States Attorney's Office
86 Chambers Street, 3rd Floor
New York, N.Y. 10007
Tel: 212-637-2719

---

**From:** Beidel, Jennifer <JBeidel@dykema.com>
**Sent:** Wednesday, June 17, 2026 5:58 PM
**To:** Fogelman, Lawrence (USANYS) <Lawrence.Fogelman@usdoj.gov>
**Cc:** Tarczynska, Dominika (USANYS) <Dominika.Tarczynska@usdoj.gov>
**Subject:** [EXTERNAL] RE: CID for Deposition of Dr. Wang

We do not consent to the presence of anyone beyond those required by statute.

**Jennifer L. Beidel**
Member

D 248-203-0506 ▪ M 215-470-0667
JBeidel@dykema.com ▪ dykema.com

**BIO VCARD LINKEDIN**

39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304

Dykema 100 YEARS

---

**From:** Fogelman, Lawrence (USANYS) <Lawrence.Fogelman@usdoj.gov>
**Sent:** Friday, June 12, 2026 11:34 AM
**To:** Beidel, Jennifer <JBeidel@dykema.com>
**Cc:** Tarczynska, Dominika (USANYS) <Dominika.Tarczynska@usdoj.gov>
**Subject:** RE: CID for Deposition of Dr. Wang

Thanks Jennifer. Yes, I will send you an updated CID next week with the July 2 date in Philadelphia.

Can you please confirm if you are okay with having our expert Dr. Donna Wilcock in attendance to hear Dr. Wang's testimony? As noted below, she is a professor of neurology at Indiana University School of Medicine. She would not ask any questions of Dr. Wang. We would confer with her during breaks.

Thanks again.

Best,
Larry

Lawrence H. Fogelman
Assistant United States Attorney
United States Attorney's Office
86 Chambers Street, 3rd Floor
New York, N.Y. 10007
Tel: 212-637-2719

---

**From:** Beidel, Jennifer <JBeidel@dykema.com>
**Sent:** Thursday, June 11, 2026 5:49 PM
**To:** Fogelman, Lawrence (USANYS) <Lawrence.Fogelman@usdoj.gov>
**Cc:** Tarczynska, Dominika (USANYS) <Dominika.Tarczynska@usdoj.gov>
**Subject:** [EXTERNAL] RE: CID for Deposition of Dr. Wang

Yes, that works for us. Would you mind reissuing a CID with the new date? Thank you.

**Jennifer L. Beidel**
Member

D 248-203-0506 ▪ M 215-470-0667
JBeidel@dykema.com ▪ dykema.com

BIO VCARD LINKEDIN

39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304

Dykema 100 YEARS

---

**From:** Fogelman, Lawrence (USANYS) <Lawrence.Fogelman@usdoj.gov>
**Sent:** Wednesday, June 10, 2026 9:09 AM
**To:** Beidel, Jennifer <JBeidel@dykema.com>
**Cc:** Tarczynska, Dominika (USANYS) <Dominika.Tarczynska@usdoj.gov>
**Subject:** RE: CID for Deposition of Dr. Wang

Jennifer,

Does Thursday, July 2 in Philadelphia work for you and Dr. Wang?

Thank you.

Best,
Larry

Lawrence H. Fogelman
Assistant United States Attorney
United States Attorney's Office
86 Chambers Street, 3rd Floor
New York, N.Y. 10007
Tel: 212-637-2719

---

**From:** Fogelman, Lawrence (USANYS)
**Sent:** Tuesday, June 9, 2026 9:53 AM
**To:** Beidel, Jennifer <JBeidel@dykema.com>
**Cc:** Tarczynska, Dominika (USANYS) <Dominika.Tarczynska@usdoj.gov>
**Subject:** RE: CID for Deposition of Dr. Wang

Thanks for the update. Let me check and I will get back to you with proposed dates. As noted below, in light of the anticipated scientific and technical nature of the testimony, we would like to have our expert Dr. Donna Wilcock present to hear Dr. Wang's testimony. She is a professor of neurology at Indiana University School of Medicine. She would not ask any questions of Dr. Wang. We would confer with her during breaks. Can you please let us know if that is acceptable?

Thanks again.

Best,
Larry

Lawrence H. Fogelman
Assistant United States Attorney
United States Attorney's Office
86 Chambers Street, 3rd Floor
New York, N.Y. 10007
Tel: 212-637-2719

---

**From:** Beidel, Jennifer <JBeidel@dykema.com>
**Sent:** Tuesday, June 9, 2026 9:35 AM
**To:** Fogelman, Lawrence (USANYS) <Lawrence.Fogelman@usdoj.gov>
**Cc:** Tarczynska, Dominika (USANYS) <Dominika.Tarczynska@usdoj.gov>
**Subject:** [EXTERNAL] RE: CID for Deposition of Dr. Wang

Larry,

We have received word from the Judge that our trial is going forward as scheduled, so that date range will not work. Are there times the following week or sometime thereafter that would work for your team?

Thanks,
Jennifer

**Jennifer L. Beidel**
Member

D 248-203-0506 ▪ M 215-470-0667
JBeidel@dykema.com ▪ dykema.com

**BIO VCARD LINKEDIN**

39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304

Dykema 100 YEARS

---

**From:** Fogelman, Lawrence (USANYS) <Lawrence.Fogelman@usdoj.gov>
**Sent:** Tuesday, June 9, 2026 9:13 AM
**To:** Beidel, Jennifer <JBeidel@dykema.com>
**Cc:** Tarczynska, Dominika (USANYS) <Dominika.Tarczynska@usdoj.gov>
**Subject:** RE: CID for Deposition of Dr. Wang

Hi Jennifer,

We still have not heard back from you regarding a date for Dr. Wang's testimony. Can you please confirm which date from June 23 to June 25 works best, subject to a possible adjournment if your trial is going forward on those days (which it sounds like you will know by Friday).

Thanks very much.

Best,
Larry

Lawrence H. Fogelman
Assistant United States Attorney
United States Attorney's Office
86 Chambers Street, 3rd Floor
New York, N.Y. 10007
Tel: 212-637-2719

---

**From:** Fogelman, Lawrence (USANYS) <Lawrence.Fogelman@usdoj.gov>
**Sent:** Tuesday, June 2, 2026 5:29 PM
**To:** Beidel, Jennifer <JBeidel@dykema.com>
**Cc:** Tarczynska, Dominika (USANYS) <Dominika.Tarczynska@usdoj.gov>
**Subject:** Re: CID for Deposition of Dr. Wang

Hi Jennifer,

Just writing to follow up on this.

Thanks!

Best,
Larry

---

**From:** Fogelman, Lawrence (USANYS)
**Sent:** Friday, May 29, 2026 1:46:34 PM
**To:** Beidel, Jennifer <JBeidel@dykema.com>
**Cc:** Tarczynska, Dominika (USANYS) <Dominika.Tarczynska@usdoj.gov>
**Subject:** RE: CID for Deposition of Dr. Wang

Jennifer,

Please let us know which date from June 23-25 works best for you and Dr. Wang for Dr. Wang to provide testimony in Philadelphia, since it sounds like your trial may get adjourned. If it does not, please let us know after your conference on June 12 and we can reschedule.

Also, in light of the anticipated scientific and technical nature of the testimony, we would like to have our expert Dr. Donna Wilcock present to hear Dr. Wang's testimony. She is a professor of neurology at Indiana University School of Medicine. She would not ask any questions of Dr. Wang. We would confer with her during breaks. Can you please let us know if that is acceptable?

Thanks very much.

Best,
Larry

Lawrence H. Fogelman
Assistant United States Attorney
United States Attorney's Office
86 Chambers Street, 3rd Floor
New York, N.Y. 10007
Tel: 212-637-2719

---

**From:** Beidel, Jennifer <JBeidel@dykema.com>
**Sent:** Wednesday, May 27, 2026 6:23 PM
**To:** Fogelman, Lawrence (USANYS) <Lawrence.Fogelman@usdoj.gov>
**Cc:** Tarczynska, Dominika (USANYS) <Dominika.Tarczynska@usdoj.gov>
**Subject:** [EXTERNAL] RE: CID for Deposition of Dr. Wang

Larry,

At present, I'm scheduled to be in trial in Lapeer County, Michigan those days. The trial may be continued at the pretrial conference scheduled for June 12, but I'm guessing you'd prefer not to wait that long to know. Is there any chance of availability the following week?

Jen

**Jennifer L. Beidel**
Member

D 248-203-0506 ▪ M 215-470-0667
JBeidel@dykema.com ▪ dykema.com

**BIO VCARD LINKEDIN**

39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304

Dykema 100 YEARS

---

**From:** Fogelman, Lawrence (USANYS) <Lawrence.Fogelman@usdoj.gov>
**Sent:** Wednesday, May 27, 2026 4:21 PM
**To:** Beidel, Jennifer <JBeidel@dykema.com>
**Cc:** Tarczynska, Dominika (USANYS) <Dominika.Tarczynska@usdoj.gov>
**Subject:** RE: CID for Deposition of Dr. Wang

Hi Jennifer,

Can you please let us know if Dr. Wang is available to provide testimony on June 23, 24 or 25 in Philadelphia at the U.S. Attorney's Office? We plan to record the testimony by court reporter and video.

Thanks very much.

Best,
Larry

Lawrence H. Fogelman
Assistant United States Attorney
United States Attorney's Office
86 Chambers Street, 3rd Floor
New York, N.Y. 10007
Tel: 212-637-2719

---

**From:** Fogelman, Lawrence (USANYS) <Lawrence.Fogelman@usdoj.gov>
**Sent:** Thursday, May 21, 2026 8:05 PM
**To:** Beidel, Jennifer <JBeidel@dykema.com>
**Cc:** Tarczynska, Dominika (USANYS) <Dominika.Tarczynska@usdoj.gov>
**Subject:** Re: CID for Deposition of Dr. Wang

Hi Jennifer,

Yes, we can find another date for the deposition in Philadelphia. I'll get back to you with a proposed date(s).

Best,
Larry

---

**From:** Beidel, Jennifer <JBeidel@dykema.com>
**Sent:** Thursday, May 21, 2026 6:00 PM
**To:** Fogelman, Lawrence (USANYS) <Lawrence.Fogelman@usdoj.gov>
**Cc:** Tarczynska, Dominika (USANYS) <Dominika.Tarczynska@usdoj.gov>
**Subject:** [EXTERNAL] RE: CID for Deposition of Dr. Wang

Larry,

Dr. Wang would prefer to have the deposition in Philadelphia. Given my unscheduled leave, I've gotten behind on a number of things, and June 3 will now be quite difficult. Do you have any flexibility in the timing?

Thanks,
Jennifer

**Jennifer L. Beidel**
Member

D 248-203-0506 ▪ M 215-470-0667
JBeidel@dykema.com ▪ dykema.com

**BIO VCARD LINKEDIN**

39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304

Dykema 100 YEARS

---

**From:** Fogelman, Lawrence (USANYS) <Lawrence.Fogelman@usdoj.gov>
**Sent:** Thursday, May 21, 2026 4:53 PM
**To:** Beidel, Jennifer <JBeidel@dykema.com>
**Cc:** Tarczynska, Dominika (USANYS) <Dominika.Tarczynska@usdoj.gov>
**Subject:** RE: CID for Deposition of Dr. Wang

Hi Jennifer,

Just following up to confirm the deposition on June 3 in Philadelphia, as we are working on the logistics. If Dr. Wang would prefer to have the deposition in New York on June 3, could you please let me know by tomorrow?

Thank you.

Best regards,
Larry

Lawrence H. Fogelman
Assistant United States Attorney
United States Attorney's Office
86 Chambers Street, 3rd Floor
New York, N.Y. 10007

Tel: 212-637-2719

---

**From:** Fogelman, Lawrence (USANYS) <Lawrence.Fogelman@usdoj.gov>
**Sent:** Monday, May 18, 2026 8:51 PM
**To:** Beidel, Jennifer <JBeidel@dykema.com>
**Cc:** Tarczynska, Dominika (USANYS) <Dominika.Tarczynska@usdoj.gov>
**Subject:** Re: CID for Deposition of Dr. Wang

Jennifer,

I'm really sorry to hear about your family member, and wanted to express my condolences. I hope you and your family are hanging in there during this difficult time.

With regard to the deposition, we plan to conduct it in person. The CID specified June 3 in Philadelphia, which I understand is where Dr. Wang lives. We can also have the deposition in New York if that would be more convenient. Please let me know his preference.

Thank you.

Best regards,
Larry

---

**From:** Beidel, Jennifer <JBeidel@dykema.com>
**Sent:** Monday, May 18, 2026 5:03 PM
**To:** Fogelman, Lawrence (USANYS) <Lawrence.Fogelman@usdoj.gov>
**Cc:** Tarczynska, Dominika (USANYS) <Dominika.Tarczynska@usdoj.gov>
**Subject:** [EXTERNAL] RE: CID for Deposition of Dr. Wang

Larry,

Apologies for the delay. I had an unexpected death in my family and was out on bereavement leave. Are you looking to depose Dr. Wang in person or by video?

Thanks,
Jennifer

**Jennifer L. Beidel**
Member

D 248-203-0506 ▪ M 215-470-0667
JBeidel@dykema.com ▪ dykema.com

**BIO VCARD LINKEDIN**

39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304

---

**From:** Fogelman, Lawrence (USANYS) <Lawrence.Fogelman@usdoj.gov>
**Sent:** Friday, May 8, 2026 10:25 AM
**To:** Beidel, Jennifer <JBeidel@dykema.com>
**Cc:** Tarczynska, Dominika (USANYS) <Dominika.Tarczynska@usdoj.gov>
**Subject:** RE: CID for Deposition of Dr. Wang

Hi Jennifer,

I am writing to follow up to see if we can confirm the June 3 date.

Thanks very much.

Best,
Larry

Lawrence H. Fogelman
Assistant United States Attorney
United States Attorney's Office
86 Chambers Street, 3rd Floor
New York, N.Y. 10007
Tel: 212-637-2719

---

**From:** Fogelman, Lawrence (USANYS)
**Sent:** Tuesday, May 5, 2026 3:40 PM
**To:** Beidel, Jennifer <JBeidel@dykema.com>
**Cc:** Tarczynska, Dominika (USANYS) <Dominika.Tarczynska@usdoj.gov>
**Subject:** RE: CID for Deposition of Dr. Wang

Jennifer,

Yes, we are investigating whether Cassava Sciences, Inc. (and or its officers, employees or affiliates, including Dr. Lindsay Burns) and/or Dr. Hoau-Yan Wang submitted or caused to be submitted false claims, false records, or false statements in connection with grants received from the National Institutes of Health relating to certain products to treat or detect Alzheimer's Disease. This does not reflect a change in the scope of our investigation since our previous communications, as is reflected in the CID for documents that we sent to Dr. Wang in 2022, which similarly and explicitly states that we are investigating potential False Claims Act violations by Dr. Wang. Specifically, that CID stated that the Government was investigating "whether Cassava Sciences, Inc. (and or its officers, employees or affiliates) and/or Dr. Hoau-Yan Wang submitted or caused to be submitted false claims for payment in connection with grants received from the National Institutes of Health relating to certain products to treat or detect Alzheimer's Disease." My email to you on July 14, 2022, attaching the CID requesting documents also contained the same language. See attached.

If the June 3 date does not work, please let me know some dates in early June that would work for Dr. Wang and you.

Thank you.

Best regards,
Larry

Lawrence H. Fogelman
Assistant United States Attorney
United States Attorney's Office
86 Chambers Street, 3rd Floor
New York, N.Y. 10007
Tel: 212-637-2719

---

**From:** Beidel, Jennifer <JBeidel@dykema.com>
**Sent:** Monday, May 4, 2026 6:23 PM
**To:** Fogelman, Lawrence (USANYS) <Lawrence.Fogelman@usdoj.gov>
**Cc:** Tarczynska, Dominika (USANYS) <Dominika.Tarczynska@usdoj.gov>
**Subject:** [EXTERNAL] RE: CID for Deposition of Dr. Wang

Larry,

It has been a while since we last spoke substantively about this matter, but I do not recall SDNY characterizing Dr. Wang as being personally under investigation. As I read the CID, it appears that there is consideration of a False Claims Act case against not only Cassava and Lindsay Burns but also Dr. Wang personally. Is that correct?

Thank you,
Jennifer

**Jennifer L. Beidel**
Member

D 248-203-0506 ▪ M 215-470-0667
JBeidel@dykema.com ▪ dykema.com

**BIO VCARD LINKEDIN**

39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304

*** Notice from Dykema Gossett PLLC: This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom it is addressed. If you have received this in error, please (1) do not forward or use this information in any way; and (2) contact me immediately.

Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

---

**From:** Fogelman, Lawrence (USANYS) <Lawrence.Fogelman@usdoj.gov>
**Sent:** Friday, May 1, 2026 11:26 AM
**To:** Beidel, Jennifer <JBeidel@dykema.com>
**Cc:** Tarczynska, Dominika (USANYS) <Dominika.Tarczynska@usdoj.gov>
**Subject:** CID for Deposition of Dr. Wang

Hi Jennifer,

Please see the attached CID for the deposition of Dr. Wang. It is scheduled for June 3 in Philadelphia. If that date is not convenient for you and Dr. Wang, please let us know.

Can you please confirm if you will accept service of this CID by email?

Thanks very much.

Best regards,

Larry

Lawrence H. Fogelman
Assistant United States Attorney
United States Attorney's Office
86 Chambers Street, 3rd Floor
New York, N.Y. 10007
Tel: 212-637-2719