Do Not Copy

**In The Matter Of:**

*In Re: Civil Investigative Demand to Dr. Hoau-Yan Wang*

---

*Default Statement*

*Vol. I*

*July 2, 2026*

*CONFIDENTIAL*

---

*lipka.com, inc.*
*transcripts@lipka.com*
*ph: (888) lipka-com*
*fx: (866) lipka-fax*
*www.lipka.com*

lipka.com inc.

-------------------------------------------

IN RE: Civil Investigative Demand
To Dr. Hoau-Yan Wang

-------------------------------------------

1100 Arch Street
Philadelphia, PA 19107
July 2, 2026
10:23 a.m. EDT

Do Not Copy

DEFAULT STATEMENT
FOR THE SCHEDULED DEPOSITION OF
DR. HOAU-YAN WANG

lipka.com, inc.
(888) lipka-com
transcripts@lipka.com

A P P E A R A N C E S:

Attorneys for The United States:
UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK
86 Chambers Street
New York, New York 10007
BY: LAWRENCE H. FOGELMAN, ESQ.
DOMINIKA TARCZYNSKA, ESQ.

ALSO PRESENT:
SHAILA PATEL,
Paralegal Specialist, USAO SDNY

SIROD DENNY,
Videographer

Do Not Copy

INDEX


| STATEMENT ON THE RECORD | PAGE |
|---|---|
| BY LAWRENCE H. FOGELMAN, ESQ. | 4 |


EXHIBIT INDEX


| NAME | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit A | Civil Investigative Demand | 4 |
| Exhibit B | May 1st, 2026 e-mail | 5 |
| Exhibit C | May 5th, 2026 e-mail | 7 |
| Exhibit D | June 11, 2026 e-mail | 8 |
| Exhibit E | June 22, 2026 e-mail | 8 |


Do Not Copy

MR. FOGELMAN: My name is Larry Fogelman. I am an Assistant United States Attorney for the U.S. Attorney's Office for the Southern District of New York. I am joined by Assistant United States Attorney Dominika Tarczynska, and Shaila Patel, a paralegal specialist in our office.

Also present are the court reporter and the videographer. We are here in Philadelphia, Pennsylvania for the Civil Investigative Demand testimony of Dr. Hoau-Yan Wang, which is scheduled for today July 2, 2026, at 8:30 a.m. A copy of the CID has been marked as Exhibit A.

- - -

(Exhibit A marked for identification.)

- - -

Do Not Copy

MR. FOGELMAN: The Government was ready to start this proceeding on time. It is now 10:23 a.m., but Dr. Wang and his counsel, Jennifer Beidel, are not here. We received an e-mail from Ms. Beidel at 8:54 a.m. this morning confirming she is out of state and will not be here today.

We are on the record now to provide a brief recitation of the facts leading up to Dr. Wang's failure to attend, and we will seek

further relief from the Court.

The Government sent a CID for the testimony of Dr. Wang by e-mail dated May 1st, 2026. The scheduled date on this subpoena for Dr. Wang's testimony was June 3, 2026. A copy of this e-mail has been marked as Exhibit B.

\- - -

(Exhibit B marked for identification.)

\- - -

MR. FOGELMAN: The CID contained a rider with a detailed explanation of the general purpose of this demand for oral testimony, as well as an identification of the primary areas of inquiry with nine enumerated items. On May 4, 2025, Dr. Wang's attorney agreed to accept service by e-mail and stated she will get back to us about scheduling.

By separate e-mail dated May 4, 2025, Dr. Wang's attorney wrote, quote: "It has been a while since we last spoke substantively about this matter, but I do not recall SDNY characterizing Dr. Wang as being personally under investigation. As I read the CID, it appears that there is consideration of a False Claims Act case against not only Cassava and Lindsay Burns but also Dr. Wang, personally, is that correct?" End of quote.

Do Not Copy

The Government responded on May 5th stating, quote: "Yes, we are investigating whether Cassava Sciences, Inc., and/or its officers, employees or affiliates, including Dr. Lindsay Burns and/or Dr. Hoau-Yan Wang, submitted or caused to be submitted false claims, false records or false statements in connection with grants received from the National Institutes of Health relating to certain products to treat or detect Alzheimer's disease."

"This does not reflect a change in the scope of our investigation, since our previous communications, as is reflected in the CID documents that we sent to Dr. Wang in 2022, which similarly and explicitly states that we are investigating potential False Claims Act violations by Dr. Wang."

"Specifically, that CID stated that the Government was investigating, quote, whether Cassava Sciences, Inc., and/or its officers, employees or affiliates and/or Dr. Hoau-Yan Wang submitted or caused to be submitted false claims for payments in connection with grants received from the National Institutes of Health relating to certain products to treat or detect Alzheimer's disease,

Do Not Copy

unquote. My e-mail to you on July 14, 2022, attaching the CID requesting documents, also contained the same language."

That is the end of the quotation of the May 5th e-mail. This e-mail exchange has been marked as Exhibit C.

(Exhibit C marked for identification.)

- - -

MR. FOGELMAN: Over the next several weeks, Dr. Wang's counsel and the Government exchanged multiple e-mails addressing the date, location and logistics of Dr. Wang's testimony. At no point in those e-mail communications did Dr. Wang's counsel raise any substantive objections to the CID, itself, including with respect to the topics of inquiry identified by the Government.

The Government accommodated the scheduling requests of Dr. Wang and his counsel by offering several possible dates to obtain his testimony.

By e-mail, dated June 10, 2026, the Government asked if today, Thursday, July 2nd, would work for Dr. Wang and his counsel. The next day on June 11, 2026, Dr. Wang's counsel responded, quote: "Yes, that works for us. Would you mind reissuing the

Do Not Copy

CID with the new date?" Unquote. This e-mail exchange has been marked as Exhibit D.

- - -

(Exhibit D marked for identification.)

- - -

MR. FOGELMAN: Nowhere in this e-mail exchange did Dr. Wang's counsel raise any concerns about the CID.

In response to the request of Dr. Wang's counsel, on June 22, 2026, the Government sent the CID with the agreed July 2nd date and provided an updated address on where in Philadelphia the testimony would take place.

Do Not Copy

Other than the change in date of Dr. Wang's testimony and the location within Philadelphia, the CID was identical to the CID sent to Dr. Wang's counsel on May 1st, 2026. The topics identified as the subject of the testimony remained unchanged.

That e-mail is attached -- excuse me, that e-mail has been marked as Exhibit E.

- - -

(Exhibit E marked for identification.)

- - -

MR. FOGELMAN: Dr. Wang's counsel did not

advise the Government that it intended to move to quash the CID until Tuesday evening of this week, June 30th, at 5:59 p.m., nearly two months after receiving the CID.

Dr. Wang's counsel sent this e-mail less than 39 hours before the scheduled start time for Dr. Wang's testimony, after travel arrangements had been made and a court reporter and videographer had been booked and scheduled to be present, nor did this e-mail identify any basis for the intended motion to quash.

We did not receive Dr. Wang's motion to quash until last night, July 1st, at approximately 5:54 p.m. We advised Dr. Wang's counsel last night that we planned to proceed this morning with the CID testimony of Dr. Wang and that, if he did not appear, we would seek appropriate relief.

As noted before, Dr. Wang and his counsel are not present. We will take this matter up with the Court and reserve all rights in that regard. Thank you.

- - -

(Statement concluded at 10:32 a.m. EDT)

- - -

Do Not Copy

REPORTER'S CERTIFICATE

I, LISA CAPIZZI, a Shorthand Reporter and Notary Public within and for the State of Pennsylvania, do hereby certify that LAWRENCE H. FOGELMAN, ESQ., the AUSA, whose statement is hereinbefore set forth, was a statement before me, and that such statement given by LAWRENCE H. FOGELMAN, ESQ., was taken down stenographically by me and then transcribed.

I further certify that I am not related by blood or marriage to any of the parties or counsel in this matter and that I am in no way interested in the outcome of this matter.

That any copy of this transcript obtained from a source other than the court reporting firm, including from the adversary or co-counsel in the matter, is uncertified and may not be used at trial.

Do Not Copy

IN WITNESS WHEREOF, I have hereunto set my hand on July 2, 2026.



Lisa Capizzi (Jul 6, 2026 07:47:54 EDT)

LISA CAPIZZI, RPR

# Cert for reporter to sign 070226hwDefault

Final Audit Report 2026-07-06

| | |
|---|---|
| Created: | 2026-07-05 |
| By: | Michelle Lipka (transcripts@lipka.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAmS6F6Dk3mXWWHzprKzfA8FNrRtxcA7f7 |

## "Cert for reporter to sign 070226hwDefault" History

Document created by Michelle Lipka (transcripts@lipka.com)
2026-07-05 - 11:33:39 PM GMT- IP address: 47.33.184.72

Document emailed to Lisa Capizzi (lisacapizzi41@gmail.com) for signature
2026-07-05 - 11:34:05 PM GMT

Email viewed by Lisa Capizzi (lisacapizzi41@gmail.com)
2026-07-06 - 11:46:54 AM GMT- IP address: 66.102.8.163

Document e-signed by Lisa Capizzi (lisacapizzi41@gmail.com)
Signature Date: 2026-07-06 - 11:47:54 AM GMT - Time Source: server- IP address: 73.29.166.35 - Signature Appearance Selected: DRAW

Agreement completed.
2026-07-06 - 11:47:54 AM GMT