United States Attorney's Office
*Southern District of New York*
*Civil Frauds Unit*
86 Chambers Street, 3rd Floor
New York, New York 10007

# Civil Investigative Demand

**TO:** Dr. Hoau-Yan Wang
c/o Jennifer L. Beidel
Dykema Gossett PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304

Civil Investigative Demand No. 26-029

This Civil Investigative Demand is issued pursuant to the False Claims Act, 31 U.S.C. § 3733, in the course of a False Claims Act investigation, to determine whether there is or has been a violation of 31 U.S.C. § 3729 *et seq.*

This investigation concerns whether Cassava Sciences, Inc. (and or its officers, employees or affiliates, including Dr. Lindsay Burns) and/or Dr. Hoau-Yan Wang submitted or caused to be submitted false claims, false records, or false statements in connection with grants received from the National Institutes of Health relating to certain products to treat or detect Alzheimer's Disease.

| Assistant United States Attorney/ False Claims Act Investigator | Address and Phone Number |
|---|---|
| Lawrence Fogelman & Dominika Tarczynska | 86 Chambers Street, 3rd Floor, New York, NY 10007 Ph: 212-637-2719/2748 |

| | | |
|---|---|---|
| ☐ | You are required by this Demand to produce any and all documents in your possession that are responsive to the requests set forth in the attached rider. You shall produce such documentary material responsive to this Demand under a sworn certificate, as required by 31 U.S.C. § 3733(f). You are required to produce these documents on the date and at the time designated, or on a date mutually agreed upon between you and the Assistant United States Attorney named above, to the United States Attorney's Office, 86 Chambers Street, 3rd fl., New York, NY 10007, to the attention of | **Date:** <br> **Time:** |
| ☐ | You are required by this Demand to answer the written interrogatories set forth in the attached rider. Each interrogatory shall be answered separately and fully in writing under oath. Your submission of the answers to this Demand shall be accompanied by a sworn certificate, as required by 31 U.S.C. § 3733(f). You are required to submit the answers on the date and at the time designated, or on a date mutually agreed upon between you and the Assistant United States Attorney named above, to the United States Attorney's Office, 86 Chambers Street, 3rd fl., New York, NY 10007, to the attention of | **Date:** <br> **Time:** |
| ☑ | You are required by this Demand to provide oral testimony under oath commencing on the date and at the Hilton Garden Inn Philadelphia City Center, 1100 Arch Street Philadelphia, PA 19107, United States of America. Your attendance and testimony are necessary to the conduct of the False Claims Act investigation described above. You have the right to be accompanied by an attorney or other representative during the oral examination. The transcript of your oral examination and any exhibits will be in the possession of AUSA Lawrence Fogelman. | **Date:** 7/2/26 <br> **Time:** 8:30 am |

Issued at New York, New York, this

22 day of June, 20 26

[signature] /JHF

United States Attorney for the
Southern District of New York

This is the original of the Demand; no copies have been served on other parties.

GOVERNMENT EXHIBIT A

**RIDER TO SDNY CIVIL INVESTIGATIVE DEMAND NO. 26-029**
**TO DR. HOAU-YAN WANG**

The general purpose of this demand for oral testimony is to gather evidence in connection with a False Claims Act investigation concerning whether you and/or Cassava Sciences, Inc. (and or its officers, employees or affiliates, including Dr. Lindsay Burns) ("Cassava") submitted or caused to be submitted false claims, false records, or false statements in connection with grants received from the National Institutes of Health ("NIH") relating to certain products intended to treat or detect Alzheimer's Disease.

The primary areas of inquiry will include but not be limited to (i) any research concerning Western blots, conducted by you or at your lab at the City University of New York ("CUNY"), that was included or referenced in any of Cassava's grant applications to NIH; (ii) any research conducted by you or at your lab at CUNY related to Simufilam and/or SavaDX, and/or that was published in any papers co-authored by you and Dr. Lindsay Burns; (iii) any communications with or relating to Cassava; (iv) Simufilam; (v) SavaDX; (vi) the terms of any financial arrangements and/or employment between you and Cassava; (vii) any grant applications submitted by Cassava to NIH, including all scientific research referenced in the grant applications; (viii) the Journal of Neuroscience, the Journal of Neurobiology of Aging, and the Journal of Prevention of Alzheimer's Disease; and (ix) the following journal articles:

1. "Reducing amyloid-related Alzheimer's disease pathogenesis by a small molecule targeting filamin A," The Journal of Neuroscience, July 18, 2012, 32(29):9773–9784

2. The Erratum published in connection with the article "Reducing amyloid-related Alzheimer's disease pathogenesis by a small molecule targeting filamin A," The Journal of Neuroscience, December 15, 2021, 41(50):10405-10406

3. The Expression of Concern published in connection with the article "Reducing amyloid-related Alzheimer's disease pathogenesis by a small molecule targeting filamin A," DOI: 10.1523/JNEUROSCI.2306-21.2021

4. "Dissociating β-Amyloid from α7 Nicotinic Acetylcholine Receptor by a Novel Therapeutic Agent, S 24795, Normalizes α7 Nicotinic Acetylcholine and NMDA Receptor Function in Alzheimer's Disease Brain," The Journal of Neuroscience, September 2, 2009, 29(35):10961-10973

5. Expression of Concern published in connection with the article "Dissociating β-Amyloid from α7 Nicotinic Acetylcholine Receptor by a Novel Therapeutic Agent, S 24795, Normalizes α7 Nicotinic Acetylcholine and NMDA Receptor Function in Alzheimer's Disease Brain," DOI: 10.1523/JNEUROSCI.2307-2.2021.

6. "PTI-125 binds and reverses an altered conformation of filamin A to reduce Alzheimer's disease pathogenesis," Journal of Neurobiology of Aging, 55 (2017):99-114

7. P. Rapp, Expression of Concern: Wang et al., (2017) PTI-125 binds and reverses an altered conformation of filamin A to reduce Alzheimer's disease pathogenesis. Neurobiol. Aging, 55:99-114., Neurobiology of Aging, https://doi.org/10.1016/j.neurobiolaging.2022.03.012

8. "PTI-125 Reduces Biomarkers of Alzheimer's Disease in Patients," Journal of Prevention of Alzheimer's Disease, Volume 7, Number 4, 2020