**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 7, 2026

**By ECF**
The Honorable Michael M. Baylson
United States District Judge
Eastern District of Pennsylvania
3810 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: ***In re Civil Investigative Demand for Dr. Hoau-Yan Wang*, 2:26-mc-00062 (E.D. Pa.) (MMB)**

Dear Judge Baylson:

The United States Attorney's Office for the Southern District of New York, along with the United States Attorney's Office for the Eastern District of Pennsylvania, represents the government in the above-referenced motion filed by Dr. Hoau-Yan Wang to set aside a Civil Investigative Demand ("CID") seeking his testimony, and the government's cross-motion seeking to enforce the CID. By order dated August 5, 2026, the Court scheduled oral argument for Monday, August 17, 2026 at 2 pm. I am scheduled to be out of the Office from August 17, 2026, through September 2, 2026. I am the principal drafter of the Government's opposition to Dr. Wang's Motion and the Government's cross-motion, and I am planning to argue on behalf of the Government at oral argument. Accordingly, I write respectfully to request that the argument on these motions be moved up by one business day to Friday, August 14, 2026, at a time that is convenient for the Court, or to a date on or after September 3, 2026. I emailed Dr. Wang's counsel this morning to ask about her dates of unavailability, but I have yet received a response.

I thank the Court for its consideration of this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: /s/ Lawrence H. Fogelman
LAWRENCE H. FOGELMAN
DOMINIKA TARCZYNSKA
Assistant United States Attorneys
for the Southern District of New York
Special Assistant United States Attorneys

for the Eastern District Pennsylvania
86 Chambers Street, 3rd Floor
New York, N.Y. 10021
Lawrence.Fogelman@usdoj.gov
Dominika.Tarczynska@usdoj.gov
212-637-2719/2748

cc: Counsel of Record (by ECF)