**Beidel, Jennifer**

| | |
|---|---|
| **From:** | Fogelman, Lawrence (USANYS) <Lawrence.Fogelman@usdoj.gov> |
| **Sent:** | Friday, August 7, 2026 11:46 AM |
| **To:** | Beidel, Jennifer; Carr, Peter (USAPAE); Tarczynska, Dominika (USANYS); Villajuan, Emily |
| **Subject:** | RE: Moton to Set Aside CID |

**CAUTION: External Sender**
Verify sender before opening links or files
Report Suspicious

Jennifer,

My Office is conducting a civil fraud investigation pursuant to the False Claims Act, 31 U.S.C. § 3729 et seq. We do not agree with your characterization of our Office's submission to the Court, which clearly explained that the Government has been investigating this "possible fraud" since 2021. Brief at 4; *id.* at 36 ("The Government's focus in this Civil Fraud Investigation is on possible violations of the False Claims Act relating to NIH grants.")

You explained in your email that notwithstanding the dismissal of the criminal case with prejudice in the District of Maryland, Dr. Wang has criminal risk "[u]nless you can tell me that SDNY criminal division is agreeing not to prosecute my client in connection with those supposed false statements." If you would like to speak with someone in this Office regarding Dr. Wang's request for immunity, you may contact Karl Metzner, the Associate United States Attorney for the Southern District of New York. His email address is Karl.Metzner@usdoj.gov

Ultimately, if Dr. Wang does not receive immunity, Dr. Wang will decide whether to invoke his Fifth Amendment right not to provide answers on a question-by-question basis in response to the testimony sought through the Civil Investigative Demand. The Government is not seeking a determination in advance of his CID testimony that he may not invoke his Fifth Amendment right. The Government reserves its right to seek an adverse inference if Dr. Wang invokes his Fifth Amendment right not to testify. *See SEC v. Graystone Nash, Inc.*, 25 F.3d 187, 190 (3d Cir. 1994).

Best,
Larry

Lawrence H. Fogelman
Assistant United States Attorney
United States Attorney's Office
86 Chambers Street, 3rd Floor
New York, N.Y. 10007
Tel: 212-637-2719

**From:** Beidel, Jennifer <JBeidel@dykema.com>
**Sent:** Friday, July 31, 2026 9:11 PM
**To:** Fogelman, Lawrence (USANYS) <Lawrence.Fogelman@usdoj.gov>; Carr, Peter (USAPAE) <Peter.Carr@usdoj.gov>; Tarczynska, Dominika (USANYS) <Dominika.Tarczynska@usdoj.gov>; Villajuan, Emily <EVillajuan@dykema.com>
**Subject:** [EXTERNAL] Re: Moton to Set Aside CID

Larry,

I understand that. But you have repeatedly accused my client of making false statements in a public filing. Unless you can tell me that SDNY criminal division is agreeing not to prosecute my client in connection with those supposed false statements, then he has a live criminal risk, which is not how you have portrayed his risk in your papers. We request that you either correct that representation or speak with the criminal division about whether they will immunize him.

Best,
Jennifer

**Jennifer L. Beidel**
Member

D 248-203-0506 ▪ M 215-470-0667
JBeidel@dykema.com ▪ dykema.com

**BIO VCARD LINKEDIN**

39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304

---

**From:** Fogelman, Lawrence (USANYS) <Lawrence.Fogelman@usdoj.gov>
**Sent:** Friday, 31 July 2026 18:19:25
**To:** Beidel, Jennifer <JBeidel@dykema.com>; Carr, Peter (USAPAE) <Peter.Carr@usdoj.gov>; Tarczynska, Dominika (USANYS) <Dominika.Tarczynska@usdoj.gov>; Villajuan, Emily <EVillajuan@dykema.com>
**Subject:** Re: Moton to Set Aside CID

Jennifer,

As you know, my Office is conducting a civil fraud investigation pursuant to the False Claims Act, 31 U.S.C. § 3729 *et seq*. As this is not a criminal matter, I do not have any authority to "immunize" Dr. Wang as you proposed in your email. In any event, the criminal case against Dr. Wang was dismissed with prejudice. *See* 24-Cr-211 (D. Md.) (TDC), Dkt. 43 (Order Granting Motion to Dismiss Indictment) (attached to Dr. Wang's Motion as Exhibit E).

Best regards,
Larry

---

**From:** Beidel, Jennifer <JBeidel@dykema.com>
**Sent:** Wednesday, July 29, 2026 5:40 PM
**To:** Carr, Peter (USAPAE) <Peter.Carr@usdoj.gov>; Tarczynska, Dominika (USANYS)

<Dominika.Tarczynska@usdoj.gov>; Villajuan, Emily <EVillajuan@dykema.com>
**Cc:** Fogelman, Lawrence (USANYS) <Lawrence.Fogelman@usdoj.gov>
**Subject:** [EXTERNAL] RE: Moton to Set Aside CID

We are in receipt of your filings. In light of your repeated assertions that Dr. Wang's CID testimony will be different than the SEC testimony because Dr. Wang asserted his Fifth Amendment privileges in the SEC depositions, will you immunize Dr. Wang so that he no longer needs to assert his Fifth Amendment privileges in your requested deposition?

**Jennifer L. Beidel**
Member

D 248-203-0506 ▪ M 215-470-0667
JBeidel@dykema.com ▪ dykema.com

**BIO VCARD LINKEDIN**

39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304

---

**From:** Carr, Peter (USAPAE) <Peter.Carr@usdoj.gov>
**Sent:** Wednesday, July 22, 2026 2:30 PM
**To:** Beidel, Jennifer <JBeidel@dykema.com>; Tarczynska, Dominika (USANYS) <Dominika.Tarczynska@usdoj.gov>; Villajuan, Emily <EVillajuan@dykema.com>
**Cc:** Fogelman, Lawrence (USANYS) <Lawrence.Fogelman@usdoj.gov>
**Subject:** RE: Moton to Set Aside CID

Jennifer,

Would you please include our e-mail correspondence in your filing?

Thank you,

Peter

**Peter Carr**
Assistant United States Attorney | U.S. Attorney's Office - Eastern District of Pennsylvania
615 Chestnut Street | Suite 1250 | Philadelphia, PA 19106
O: (215) 861-8622 | C: (267) 734-4482 | E: peter.carr@usdoj.gov

---

**From:** Beidel, Jennifer <JBeidel@dykema.com>
**Sent:** Wednesday, July 22, 2026 2:15 PM
**To:** Carr, Peter (USAPAE) <Peter.Carr@usdoj.gov>; Tarczynska, Dominika (USANYS) <Dominika.Tarczynska@usdoj.gov>; Villajuan, Emily <EVillajuan@dykema.com>
**Cc:** Fogelman, Lawrence (USANYS) <Lawrence.Fogelman@usdoj.gov>
**Subject:** [EXTERNAL] RE: Moton to Set Aside CID

Peter,

Thank you for the information. We intend to get our opposition on file in the next hour or so. We will send all of you an as-filed version as soon as it is available.

Many thanks,
Jennifer

**Jennifer L. Beidel**
Member

D 248-203-0506 ▪ M 215-470-0667
JBeidel@dykema.com ▪ dykema.com

BIO VCARD LINKEDIN

39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304

Dykema 100 YEARS

**From:** Carr, Peter (USAPAE) <Peter.Carr@usdoj.gov>
**Sent:** Wednesday, July 22, 2026 1:12 PM
**To:** Beidel, Jennifer <JBeidel@dykema.com>; Tarczynska, Dominika (USANYS) <Dominika.Tarczynska@usdoj.gov>; Villajuan, Emily <EVillajuan@dykema.com>
**Cc:** Fogelman, Lawrence (USANYS) <Lawrence.Fogelman@usdoj.gov>
**Subject:** RE: Moton to Set Aside CID

Jennifer,

I proposed to the SDNY attorneys that we request the extension of time. Because you filed your motion in EDPA, my office shares responsibility with USAO-SDNY for representing the government with respect to the issues raised in the motion. I was unaware of the investigation before you filed your motion, and need more time to familiarize myself with the factual and legal issues so that I can appropriately fulfill my role as co-counsel and a potential signer of filings.

Regards,

Peter

**Peter Carr**
Assistant United States Attorney | U.S. Attorney's Office - Eastern District of Pennsylvania
615 Chestnut Street | Suite 1250 | Philadelphia, PA 19106
O: (215) 861-8622 | C: (267) 734-4482 | E: peter.carr@usdoj.gov

**From:** Beidel, Jennifer <JBeidel@dykema.com>
**Sent:** Wednesday, July 22, 2026 12:21 PM
**To:** Tarczynska, Dominika (USANYS) <Dominika.Tarczynska@usdoj.gov>; Villajuan, Emily <EVillajuan@dykema.com>
**Cc:** Carr, Peter (USAPAE) <Peter.Carr@usdoj.gov>; Fogelman, Lawrence (USANYS) <Lawrence.Fogelman@usdoj.gov>
**Subject:** [EXTERNAL] RE: Moton to Set Aside CID

Dominka,

I saw that email and the filing. I still do not understand what the need to coordinate the filing means in the context of an extension. If someone can explain more about that, I will consider not opposing. If not, I will file an opposition today.

Thanks,
Jennifer

**Jennifer L. Beidel**
Member

D 248-203-0506 ▪ M 215-470-0667
JBeidel@dykema.com ▪ dykema.com

**BIO** **VCARD** **LINKEDIN**

39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304

---

**From:** Tarczynska, Dominika (USANYS) <Dominika.Tarczynska@usdoj.gov>
**Sent:** Wednesday, July 22, 2026 12:16 PM
**To:** Beidel, Jennifer <JBeidel@dykema.com>; Villajuan, Emily <EVillajuan@dykema.com>
**Cc:** Carr, Peter (USAPAE) <Peter.Carr@usdoj.gov>; Fogelman, Lawrence (USANYS) <Lawrence.Fogelman@usdoj.gov>
**Subject:** RE: Moton to Set Aside CID

Jennifer,

As indicated in our email yesterday, the reason for the requested extension is the need to coordinate this filing with the U.S. Attorney's Office in the Eastern District of Pennsylvania. Since we didn't hear back from you yesterday, we filed the attached motion seeking the extension which lays out the reasons for our request. You can of course respond to the Court if you oppose our request. The EDPA AUSA that handled the motion is copied on this email.

Regards,
Dominika

Dominika Tarczynska
Assistant United States Attorney
Southern District of New York
86 Chambers Street
New York, NY 10007
(212) 637-2748

---

**From:** Beidel, Jennifer <JBeidel@dykema.com>
**Sent:** Wednesday, July 22, 2026 9:50 AM

**To:** Fogelman, Lawrence (USANYS) <Lawrence.Fogelman@usdoj.gov>; Villajuan, Emily <EVillajuan@dykema.com>
**Cc:** Tarczynska, Dominika (USANYS) <Dominika.Tarczynska@usdoj.gov>
**Subject:** [EXTERNAL] Re: Moton to Set Aside CID

What is your substantive basis for needing another extension? The government has been investigating Dr. Wang since 2021. You have had 21 days to respond to our papers. If there is something we should discuss per your offer to meet and confer, we are prepared to do that, but we haven't heard from you other than the first time extension request, which we granted as a professional courtesy. Also, if the AUSAs in EDPA are filing/preparing and they are part of the reason for the delay per your email below, is there a reason they are not on this correspondence?

**Jennifer L. Beidel**
Member

D 248-203-0506 ▪ M 215-470-0667
JBeidel@dykema.com ▪ dykema.com

**BIO VCARD LINKEDIN**

39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304

Dykema 100 YEARS

---

**From:** Fogelman, Lawrence (USANYS) <Lawrence.Fogelman@usdoj.gov>
**Sent:** Tuesday, July 21, 2026 5:08 PM
**To:** Villajuan, Emily <EVillajuan@dykema.com>
**Cc:** Tarczynska, Dominika (USANYS) <Dominika.Tarczynska@usdoj.gov>; Beidel, Jennifer <JBeidel@dykema.com>
**Subject:** FW: Moton to Set Aside CID

**CAUTION: External Sender**
Verify sender before opening links or files

Report Suspicious

Hi Emily,

I received a bounce back email from Jennifer (in response to my email below) that provided your contact information since she is on trial. I would appreciate it if you would be able to find out whether Jennifer consents to this extension request. I am copying Jennifer as well.

Thanks very much. I appreciate it.

Best regards,
Larry

Lawrence H. Fogelman

Assistant United States Attorney
United States Attorney's Office
86 Chambers Street, 3rd Floor
New York, N.Y. 10007
Tel: 212-637-2719

---

**From:** Fogelman, Lawrence (USANYS)
**Sent:** Tuesday, July 21, 2026 4:52 PM
**To:** Beidel, Jennifer <JBeidel@dykema.com>
**Cc:** Tarczynska, Dominika (USANYS) <Dominika.Tarczynska@usdoj.gov>
**Subject:** RE: Moton to Set Aside CID

Hi Jennifer,

We are going to ask the Court for another week, from July 22 until July 29, to submit our opposition to the motion to set aside. We are making this request in light of the need to coordinate this filing with the U.S. Attorney's Office in the Eastern District of Pennsylvania. Can you please let us know if Dr. Wang consents to this request?

Thank you.

Best,
Larry

Lawrence H. Fogelman
Assistant United States Attorney
United States Attorney's Office
86 Chambers Street, 3rd Floor
New York, N.Y. 10007
Tel: 212-637-2719

---

**From:** Beidel, Jennifer <JBeidel@dykema.com>
**Sent:** Wednesday, July 8, 2026 3:48 PM
**To:** Fogelman, Lawrence (USANYS) <Lawrence.Fogelman@usdoj.gov>
**Cc:** Tarczynska, Dominika (USANYS) <Dominika.Tarczynska@usdoj.gov>
**Subject:** [EXTERNAL] RE: Moton to Set Aside CID

Yes, we consent. Thank you.

**Jennifer L. Beidel**
Member

D 248-203-0506 ▪ M 215-470-0667
JBeidel@dykema.com ▪ dykema.com

**BIO VCARD LINKEDIN**

39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304

Dykema 100 YEARS

*** Notice from Dykema Gossett PLLC: This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom it is addressed. If you have received this in error, please (1) do not forward or use this information in any way; and (2) contact me immediately.

Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

---

**From:** Fogelman, Lawrence (USANYS) <Lawrence.Fogelman@usdoj.gov>
**Sent:** Wednesday, July 8, 2026 3:47 PM
**To:** Beidel, Jennifer <JBeidel@dykema.com>
**Cc:** Tarczynska, Dominika (USANYS) <Dominika.Tarczynska@usdoj.gov>
**Subject:** Moton to Set Aside CID

Hi Jennifer,

My understanding is that the Government's opposition to Dr. Wang's motion is due Wednesday, July 15. Would Dr. Wang consent to a one-week extension?

Thank you.

Best,
Larry

Lawrence H. Fogelman
Assistant United States Attorney
United States Attorney's Office
86 Chambers Street, 3rd Floor
New York, N.Y. 10007
Tel: 212-637-2719