**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br><br>**CIVIL INVESTIGATIVE DEMAND TO DR. HOAU-YAN WANG** | **MISC. NO. 26-62** |

# ORDER

**AND NOW** on this 14th day of August 2026, it is hereby **ORDERED** that counsel shall be prepared to address the following questions at oral argument scheduled for Monday, August 17, 2026, at 2:00 p.m. The parties shall not file any further briefing prior to the argument. The Court may allow additional briefing after the argument.

1. What is the legal standard for district court review of a CID in the Third Circuit?
2. Explain how the applicable legal standard applies to the facts and procedural history of this case.
3. What factual disputes exist between the parties?
4. Has the HHS/ORI adopted or agreed with CUNY's findings? In the briefing, Dr. Wang states that they have and the government states that they have not.
5. The parties characterize the FDA, HHS/ORI, CUNY, SEC, and DOJ criminal investigations differently as to whether findings of misconduct have been made against Dr. Wang. Please clarify the purpose and outcome of each of the prior investigations and how they overlap or differ from the CID.
6. Are there other cases in the Third Circuit or otherwise with a similar factual or procedural background as this case?

7. Where do the parties stand on Dr. Wang's right to assert his privilege against self-incrimination?
8. Could Dr. Wang be criminally prosecuted for conduct not covered by the indictment that was dismissed with prejudice?
9. What is the status of Dr. Wang's request for immunity from further criminal prosecution?
10. Should the issue of immunity be resolved before any oral testimony occurs if the CID were to proceed?
11. Have the parties met and conferred about the CID to attempt to resolve this dispute outside of the briefing in this Court?
12. What aspects of the CID would be duplicative of prior oral testimony and what aspects would be new testimony?
13. Would the CID be duplicative if Dr. Wang again pleads the Fifth as he did in his deposition with the SEC?
14. Has new evidence been obtained by the government since Dr. Wang's last oral testimony?
15. What information sought is not already within the government's possession?
16. What is the significance of the fact that a CID may or may not lead to a civil suit?

**BY THE COURT:**

**/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\phl-data\judge_baylson\civil 26\26-62 hoa-yan wang\26mc62 order re questions for oral arg.docx