**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br><br>**CIVIL INVESTIGATIVE DEMAND TO DR. HOAU-YAN WANG** | **MISC. NO. 26-62** |

**ORDER**

**AND NOW** on this 17th day of August 2026, following oral argument on Dr. Hoau-Yan Wang's Motion to Set Aside Civil Investigative Demand (ECF 1) and the government's Petition for Enforcement of the Civil Investigative Demand (ECF 6), it is hereby **ORDERED** that if the parties have not reached an agreement on the issue within sixty (60) days of the date of this Order, the parties shall file supplemental briefs limited to fifteen (15) pages double-spaced.

**BY THE COURT:**

**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\phl-data\judge_baylson\civil 26\26-62 hoa-yan wang\26mc62 order re supp briefing.docx