**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 28, 2026

**By ECF**
The Honorable Michael M. Baylson
United States District Judge
Eastern District of Pennsylvania
3810 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: ***In re Civil Investigative Demand for Dr. Hoau-Yan Wang*, 2:26-mc-00062 (E.D. Pa.) (MMB)**

Dear Judge Baylson:

The United States Attorney's Office for the Southern District of New York, along with the United States Attorney's Office for the Eastern District of Pennsylvania, represents the government with respect to the above-referenced motion filed by Dr. Hoau-Yan Wang to set aside a Civil Investigative Demand ("CID") seeking his testimony, and the government's cross-motion seeking to enforce the CID. Following the oral argument that took place on August 17, 2026, the Government sought and obtained an immunity order pursuant to 18 U.S.C. §§ 6002-03 to address Dr. Wang's Fifth Amendment concerns. A copy of the order is attached to this letter. In light of this order, Dr. Wang has indicated through counsel that he will withdraw his motion to set aside the CID. Subject to the withdrawal of Dr. Wang's motion, and while reserving the Government's right to reinstate its motion to compel compliance with the CID if necessary, the Government is no longer seeking an order to enforce the CID at this time in light of our understanding that Dr. Wang will provide testimony.

We thank the Court for its consideration of this matter.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: /s/ Lawrence H. Fogelman
LAWRENCE H. FOGELMAN
DOMINIKA TARCZYNSKA
Assistant United States Attorneys
for the Southern District of New York
Special Assistant United States Attorneys
for the Eastern District Pennsylvania

86 Chambers Street, 3rd Floor
New York, N.Y. 10021
Lawrence.Fogelman@usdoj.gov
Dominika.Tarczynska@usdoj.gov
212-637-2719/2748

cc: Counsel of Record (by ECF)